**Fill in this information to identify the case:**

Debtor name Maverix LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Prodigy Excavating<br>43455 Ptarmigan Ranch Street<br>Parker, CO 80138 | steve@prodigyexcavating.com<br>(303) 931-8242 | Trade debt (construction) | | | | 2,600,069.08 |
| 2 | Zayo Group, LLC<br>1821 30th Street, Unit A<br>Boulder, CO 80301 | customerservice@zayo.com<br>(800) 390-6094 | Trade debt (telecom services) | | | | 432,632.19 |
| 3 | A-Mac Underground (CSMK LLC)<br>57625 E County Road 46<br>Strasburg, CO 80136 | (303) 564-3823 | Trade debt (construction) | | | | 214,951.64 |
| 4 | TSR ComSupply<br>2635 S. Santa Fe Drive, Suite 3H<br>Denver, CO 80223 | derek@tsrcomsupply.com<br>(303) 399-6543 | Trade debt (materials) | Disputed | | | 168,680.46 |
| 5 | Embark Consulting, LLC<br>333 1st Avenue<br>Dallas, TX 75226 | | Professional services | | | | 129,174.32 |
| 6 | Core Industries LLC<br>365 Vienna Drive<br>Parker, CO 80138 | cpfeifer1982@yahoo.com<br>(303) 243-1169 | Trade debt (construction) | | | | 119,769.41 |
| 7 | Lampert Capital Advisors<br>444 Madison Avenue<br>New York, NY 10022 | | Professional services | | | | 110,000.00 |
| 8 | Bush & Ramirez, PLLC<br>5615 Kirby Drive, Suite 900<br>Houston, TX 77005 | | Professional services (legal) | | | | 69,513.00 |

Debtor Maverix LLC
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Rapid Wire<br>5789 Sheridan Frontage Rd.<br>Arvada, CO 80002 | Madi@RapidWireLLC.com | Trade debt (construction) | | | | 56,500.67 |
| 10 | Fresnel Software Corporation<br>555 17th Street, Suite 1500<br>Denver, CO 80202 | allan.schaefer@<br>vitruvisoftware.com<br>(855) 565-0458 | Software services | | | | 55,250.01 |
| 11 | NetSuite - Oracle<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 | collectionsteam_us@oracle.com<br>(888) 803-7414 | Software services | | | | 39,062.66 |
| 12 | Vetro, Inc.<br>12 Mountfort Street<br>Portland, ME 04101 | (207) 221-6627 | Software services | | | | 30,874.98 |
| 13 | Colorado Traffic Control<br>12445 E 39th Ave, Suite 307<br>Denver, CO 80239 | liana@coloradotraffic.com<br>(303) 900-3991 | Trade debt (traffic control) | | | | 30,300.00 |
| 14 | UNCC<br>PO Box 208903<br>Dallas, TX 75320-8903 | accounting@co811.org | Utility locate services | | | | 20,595.58 |
| 15 | Travelers<br>385 Washington Street - SB95B<br>Saint Paul, MN 55102 | | Insurance premiums | | | | 14,843.50 |
| 16 | Pinnacol Assurance<br>7501 E Lowry Blvd<br>Denver, CO 80230 | | Workers comp premiums | | | | 13,510.00 |
| 17 | AWP Safety<br>PO Box 738379<br>Dallas, TX 75373-8379 | accounts_receivable_usa@<br>altustraffic.com<br>(720) 343-2335 | Trade debt (traffic control) | | | | 12,887.56 |
| 18 | CoreSite<br>1001 17th Street, Suite 500<br>Denver, CO 80202 | (303) 222-7359 | Colocation license fees | | | | 10,179.21 |
| 19 | Vermeer Sales<br>5801 E 76th Ave<br>Commerce City, CO 80022 | info@vermeercolorado.com<br>(303) 286-1866 | Equipment parts and service | | | | 10,118.56 |
| 20 | Peoples Premium Finance<br>138 Putnam Street<br>Marietta, OH 45750 | (844) 292-9090 | Insurance premium financing | | | | 6,927.81 |