**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re: MAVERIX LLC, a Colorado limited liability company, EIN 85-2283294, Debtor.

Case No. _______________ Chapter 11

## CORPORATE OWNERSHIP STATEMENT (FED. R. BANKR. P. 1007(a)(1) AND 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Maverix LLC states:

1. Maverix Broadband, Inc., a Colorado corporation (Colorado Secretary of State ID 20221905646), owns 100% of the membership interests in Maverix LLC and is its sole member and sole manager under the Amended and Restated Operating Agreement of Maverix, LLC effective January 1, 2023, Section 4.1.

2. Maverix Broadband, Inc. is wholly owned by Maverix Enterprise Holdings, Inc., a Colorado corporation. No publicly held corporation owns 10% or more of any interest in the Debtor.

Dated: August 30, 2026

MAVERIX LLC
By: MAVERIX BROADBAND, INC., its sole Member and sole Manager

By: ___________________________
David Lindauer, Chief Executive Officer