**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re: MAVERIX LLC, a Colorado limited liability company, EIN 85-2283294, Debtor.

Case No. _______________ Chapter 11

**STATEMENT PURSUANT TO L.B.R. 1007-7 (PROPERTY IN THE POSSESSION OF A CUSTODIAN)**

Maverix LLC states, pursuant to L.B.R. 1007-7:

1. Substantially all of the Debtor's property is in the possession, custody, or control of a custodian: Sonoran Capital Advisors, LLC (Bryan Perkinson, Managing Director), 1733 N Greenfield Rd, Mesa, Arizona 85205, appointed receiver over the Debtor and Maverix Broadband, Inc. by the Order Granting Verified Motion for Ex Parte Appointment of Receiver entered January 22, 2026 in CooperReilly Investment Fund, LLC v. Maverix LLC, Maverix Broadband, Inc., and Viath, Inc., Case No. 2026CV30150, District Court, City and County of Denver, Colorado (Hon. Jon J. Olafson, Div. 409).

2. Counsel for the receiver is David Laird, Fennemore, dlaird@fennemorelaw.com.

3. Counsel for the plaintiff, at whose instance the receiver was appointed, are Patrick R. Akers and Matthew T. Faga, Markus Williams LLC, 1775 Sherman Street, Suite 1950, Denver, Colorado 80203.

4. Paragraph 41 of the appointing order provides that upon commencement of a bankruptcy case by the Borrowers, the receiver "shall comply with its obligations under 11 U.S.C. § 543" unless the plaintiff gives notice of an intention to seek excuse of turnover and acts expeditiously to seek it, and limits the receiver, in that event, to preservation of the receivership property.

5. The Debtor will seek turnover and an accounting under 11 U.S.C. § 543(b) by separate motion.

Dated: August 30, 2026

MAVERIX LLC
By: MAVERIX BROADBAND, INC., its sole Member and sole Manager

By: ______________________________
David Lindauer, Chief Executive Officer