# INSTRUMENT ONE

## UNANIMOUS WRITTEN CONSENT OF THE SOLE DIRECTOR OF MAVERIX BROADBAND, INC., ACTING IN ITS CAPACITY AS SOLE MEMBER AND SOLE MANAGER OF MAVERIX LLC

The undersigned, being the sole director of Maverix Broadband, Inc., a Colorado corporation (the "Corporation"), acting by written consent without a meeting pursuant to section 7-108-202 of the Colorado Business Corporation Act and the Corporation's bylaws, adopts the following resolutions:

**WHEREAS**, the Corporation is the sole member and the sole manager of Maverix LLC, a Colorado limited liability company (the "Company"), pursuant to Section 4.1 of the Company's Amended and Restated Operating Agreement effective January 1, 2023;

**WHEREAS**, the sole director has reviewed the Company's financial condition, its assets, its obligations, and the pendency of the receivership entered January 22, 2026 in *CooperReilly Investment Fund, LLC v. Maverix LLC, Maverix Broadband, Inc., and Viath, Inc.*, No. 2026CV30150, District Court, City and County of Denver, Colorado, and the order entered August 28, 2026 authorizing a sale of assets;

**WHEREAS**, the sole director has considered the alternatives reasonably available to the Company and has determined that the commencement of a case under chapter 11 of title 11 of the United States Code is necessary and in the best interests of the Company, its creditors, and other parties in interest, in order to preserve the Company's assets, to permit an orderly determination of which assets belong to the Company as distinct from the Corporation, and to afford the Company an opportunity to reorganize;

**NOW, THEREFORE, BE IT RESOLVED**, that the Corporation, in its capacity as sole member and sole manager of the Company, is authorized and directed to cause the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado;

**RESOLVED FURTHER**, that David Lindauer is designated as the authorized representative of the Company for all purposes in connection with the chapter 11 case, and is authorized to execute and file the petition, the lists, schedules, statements, and any other documents required, and to verify them under penalty of perjury under 28 U.S.C. § 1746;

**RESOLVED FURTHER**, that the authorized representative is authorized to retain counsel and such other professionals as may be necessary, subject to the approval of the bankruptcy court under 11 U.S.C. §§ 327 and 328;

**RESOLVED FURTHER**, that the authorized representative is authorized to take any and all further action, and to execute any and all further documents, that he deems necessary or appropriate to carry out the purpose of these resolutions;

**RESOLVED FURTHER**, that all actions previously taken by any officer, director, or representative of the Corporation or the Company in furtherance of the foregoing are ratified and confirmed.

Executed and effective as of the 30th day of August, 2026.

MAVERIX BROADBAND, INC., a Colorado corporation

By: ______________________________
David Lindauer, Sole Director

# INSTRUMENT TWO

## ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER AND SOLE MANAGER OF MAVERIX LLC

Maverix Broadband, Inc., a Colorado corporation, being the sole member and the sole manager of Maverix LLC, a Colorado limited liability company (the "Company"), acting by written consent without a meeting pursuant to Section 4.3 of the Company's Amended and Restated Operating Agreement effective January 1, 2023 and section 7-80-1001 of the Colorado Limited Liability Company Act, adopts the following resolutions:

**RESOLVED**, that the Company is authorized to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado;

**RESOLVED FURTHER**, that David Lindauer is designated the authorized representative of the Company, with authority to execute and verify the petition and all related documents on the Company's behalf and to appear for the Company in the chapter 11 case;

**RESOLVED FURTHER**, that the authorized representative is authorized to retain counsel and other professionals, subject to the approval of the bankruptcy court;

**RESOLVED FURTHER**, that the authorized representative is authorized to take any further action he deems necessary or appropriate to carry out the purpose of these resolutions.

Executed and effective as of the 30th day of August, 2026.

MAVERIX LLC, a Colorado limited liability company

By: MAVERIX BROADBAND, INC., a Colorado corporation, its sole Member and sole Manager

By: ______________________________

David Lindauer, Chief Executive Officer