**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

Maverix LLC

Debtor(s).

Case No. 26-16423 MER

Chapter 11

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been set for an in-person non-evidentiary hearing before the Honorable Michael E. Romero. Hearing to be held on **Wednesday, September 9, at 9:30 a.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado .

The matter set is: Ex Parte Motion for Determination of Termination or Absence of the Automatic Stay--11 USC 362(j) or 521(a)(6)/362(h)(1)(b), (ECF Docket No. 10); and Debtor's Objection (ECF Docket No. 18).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing who shall read the agreement into the record.

DATED September 4, 2026

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Raul Cosio, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508