**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

Maverix LLC

Debtor.

Case No. 26-16423 MER

Chapter 11

**ORDER and NOTICE OF**
**CHAPTER 11 SCHEDULING CONFERENCE**

The Court has conducted a preliminary review of the file and has determined that a status and scheduling conference is appropriate in this Chapter 11 case. The status conference will be held on **Wednesday, October 14, 2026, at 2:30 p.m.** in Courtroom C, United States Bankruptcy Court, 721 19th Street, Denver, Colorado. All parties shall appear in person or by counsel. Appearances by video must be requested by motion at least seven (7) days prior to the hearing.

At the conference, the Debtor shall be prepared to discuss the following:

1. The nature of the Debtor's business and the circumstances precipitating the filing of this bankruptcy proceeding.

2. The Debtor's anticipated changes in operations, insurance coverage, tax liability, use of cash collateral and other matters pertinent to the Debtor's business or reorganization;

3. The Debtor's operating financial projections for the period preceding the filing of a plan of reorganization, a budget for the professionals in the case, whether an unsecured creditors committee has been formed, and any particularities of the case requiring resolution;

4. A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan of reorganization, a bar date for filing proofs of claims and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization.

Dated September 4, 2026

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court