**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423 MER<br><br>Chapter 11 |

**ORDER TO FILE AND TO SUPPLEMENT**

THIS MATTER comes before the Court on the Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Matthew C. Campbell of the Law Offices of Matthew C. Campbell, LLC ("**Campbell**") as Counsel to the Debtor ("**Application**") and the United States Trustee's ("**UST**") objection thereto.[1]

The Debtor filed the instant case on August 31, 2026. The Application was filed on September 9, 2026. The UST objects to the Application on several grounds including, among other things, that the Application should be sent out on notice because it asserts Campbell's retainer was paid by a third party, Maverix Enterprise Holding, Inc. ("**Enterprise**").[2] The UST also asserts the Debtor should disclose any transactions between it and Enterprise because the Debtor's CEO, David Lindauer, is the CEO of both entities. Given these possible conflicts, the Court

ORDERS on or before **September 22, 2026**, the Debtor shall supplement the Application to disclose any and all transactions that may give rise to a conflict of interest between the Debtor and Enterprise. The Court

FURTHER ORDERS on or before **September 22, 2026**, the Debtor shall give notice of the Application, including any supplement, to the UST and all creditors in compliance with L.B.R. 9013-1(a)(2). The Court

FURTHER ORDERS failure to supplement the Application and/or give notice of the Application and supplement may result in the Court denying the Application without further notice to the Debtor or Campbell.

---

[1] ECF Nos. 32 & 36.

[2] The Court acknowledges the UST also objected to the Application on other grounds, including the request that Campbell's employment be effective as of the petition date rather than the date of the Application. The Court makes no determination on those objections at this time, and will address them at the end of the objection period if they remain pending.

Dated: September 15, 2026.

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court