IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULES 1007(c) AND 9006(b)(1) EXTENDING TIME TO FILE SCHEDULES, SUMMARY OF ASSETS AND LIABILITIES, AND STATEMENTS OF FINANCIAL AFFAIRS**

THIS MATTER comes before the Court on Debtor's Debtor's Motion For Entry Of An Order Pursuant To Bankruptcy Rules 1007(C) And 9006(B)(1) Extending Time To File Schedules, Summary Of Assets And Liabilities, And Statements Of Financial Affairs, The Court, is advised in the premises and hereby concludes as follows:

The motion is granted and the date is extended until September 28, 2026. The Court

FURTHER ORDERS no additional extensions of time will be granted.

Dated: September 15, 2026.

BY THE COURT:

United States Bankruptcy Judge