EXHIBIT

38

Outlook

## Re: Maverix CPF Receivership

**From** Grygo - OIT, Kyle <kyle.grygo@state.co.us>
**Date** Mon 6/22/2026 3:26 PM
**To** David Lindauer <david@maverixbroadband.com>
**Cc** Alison Terry - GovOffice <alison.terry@state.co.us>; Jud Cary <jud.cary@coag.gov>; Zachary Crow <zcrow@bushramirez.com>; Martin - OIT, Brian <brian.martin@state.co.us>; Tegan Christianson <tchristianson@sonorancap.com>; Angie Stearns <angie@maverixbroadband.com>

David,

Thanks for checking in to ensure we are all on the same page. It appears that there may be a misunderstanding. A grantee entering receivership creates a de-facto state of breach, and the State remains concerned about the lack of progress on existing grants. The State takes no stand on how Maverix and the receivership resolve existing grant agreements, except to the extent that State and Federal interest is protected, and the projects are completed. A grantee being in the state of Receivership may result in termination of the grant agreements, pursuit of legal and equitable remedies allowed under the grant agreements, and may also endanger execution of the BEAD grant agreements.

Going forward, the Colorado Broadband Office will communicate simultaneously with all parties, including Maverix Broadband Inc. and Sonoran Capital, regarding the enhanced financial and on-site monitoring related to the CPF and HCSM grants.

Respectfully,

-Kyle

**Kyle B. Grygo**
**Senior Broadband Project Manager, Colorado Broadband Office**
He | Him | His

COLORADO
Broadband Office
Governor's Office of Information Technology

C: 720.765.6323
1575 Sherman Street, Denver, CO 80203
kyle.grygo@state.co.us | www.broadband.colorado.gov

To schedule a meeting with me, click HERE

On Mon, Jun 15, 2026 at 4:02 PM David Lindauer <david@maverixbroadband.com> wrote:

We are currently working with Sonoran and CooperReilly to formally remove the CPF grants from the contractually-entered receivership so that we can complete the projects as intended. I am being asked to provide some proof of our end-of-month discussions to show the state's posture and intended cure.

Can you please confirm my understanding of the following points is correct or make corrections, if necessary? Sorry for the hassle - I'm trying to get everyone on the same page and move past this for the benefit of everyone and to ensure service for underserved communities.

1. The state has determined that Sonoran's stop work orders on the existing grants has created a breach that had not been declared previously.

2. The state demands immediate cure of the breach according to the terms of the CPF contracts.

3. The state's expected cure is to have the CPF grants removed from the receivership, as previously done with the BEAD grants, and for the contracts to be completed on schedule (currently end of 2026).

4. Failing to cure this breach immediately can result in termination of existing grants and endangers execution of BEAD grants.

Please let me know if my understanding is consistent with the state's intent, as soon as possible. This confirmation is hopefully the last hurdle to fully disentangling everything, as requested, and we look forward to completing our obligations and working with the CBO to provide high-grade broadband service to thousands of Colorado homes. Thank you for your time

--

**David Lindauer**
Founder
Maverix Broadband

(720) 740-0888
david@maverixbroadband.com
MaverixBroadband.com