**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MAVERIX LLC, | ) | Case No. 26-16423-MER |
| | ) | |
| Debtor. | ) | |
| | ) | Chapter 11 |

**NOTICE OF SUPPLEMENT TO MOTION TO EXCUSE RECEIVER'S TURNOVER PURSUANT TO 11 U.S.C. § 543(d)(1)**

CooperReilly Investment Fund, LLC ("**CR**"), by and through undersigned counsel, hereby submits this Notice of Supplement ("**Supplement**") to CR's pending *Motion to Excuse Receiver's Turnover Pursuant to 11 U.S.C. § 543(d)* (the "**Excuse Turnover Motion**"). In support of the Excuse Turnover Motion and this Supplement thereto, CR states as follows:

1. On September 18, 2026, CR filed its Excuse Turnover Motion (Docket No. 49).

2. Following a motion filed by CR, this Court entered its Order Granting CooperReilly Investment Fund, LLC's Motion to Shorten Notice Period and Schedule Expedited Hearing on its Motion To Excuse Turnover (Docket No. 52) on September 18, 2026 ("**Order Shortening Notice and Setting Hearing**").

3. Pursuant to the Order Shortening Notice and Setting Hearing, the deadline for filing any objections to the Excuse Turnover Motion is Friday, September 25, 2026. The evidentiary hearing on the Excuse Turnover Motion is set for October 1, 2026 at 1:30 p.m. MT before the Honorable Judge Micheal E. Romero, via Zoom video conference.

4. Since filing the Excuse Turnover Motion, CR subsequently received copies of the following relevant evidence of further misconduct of non-debtors and the Debtor's principal, Mr. Lindauer: (1) a Comprehensive Monitoring Report issued September 21, 2026 by the interim executive director of the Colorado Broadband Office, Governor's Office of Information Technology ("**Monitoring Report**"), and (2) the publicly available press release concerning the Monitoring Report issued September 21, 2026 by the Governor's Office of Information Technology ("**Press Release**").[1]

[1] The Press Release is available here: https://oit.colorado.gov/press-release/colorado-takes-action-to-protect-taxpayer-funds-following-broadband-grants-inquiry

5. Attached hereto as Exhibit 39 to the Excuse Turnover Motion is a true and correct copy of the Monitoring Report.

6. Attached hereto as Exhibit 40 to the Excuse Turnover Motion is a true and correct copy of the Press Release.

7. According to the Monitoring Report and Press Release, the Colorado Broadband Office ("**CBO**") anticipates intervening in the pending State Court Action to terminate six active grants and rescind more than $100 million in provisional federal funding allocated to non-debtor Maverix Broadband, Inc. ("**MXBB**") following a CBO inquiry that uncovered financial mismanagement and misuse of grant dollars. This evidence additionally and independently supports the relief requested in the Excuse Turnover Motion.

8. In summary, the CBO's inquiry, triggered by whistleblower reports in May 2026, found that MXBB had billed the government for services and equipment it never received and MXBB failed to pay vendors:

> The findings in this investigation are as follows: CPF and HCSM grant funds paid to Maverix were not returned to the CBO, are no longer in Maverix accounts, and were used for purposes other than grant activities, for work or materials that were cancelled or not delivered and work that was not completed. Moreover, vendors remain unpaid.
>
> Maverix has failed to return $3,202,786.45 in excess funds to the CBO. These funds are due back to the CBO in accordance with grant agreement terms and conditions.
> . . .
>
> The identified financial misconduct has been reported to the following entities with jurisdiction to investigate this matter, and the authority to issue administrative, civil, and criminal penalties to [MXBB]:
>
> a. United States Department of the Treasury, Office of Inspector General;
> b. Colorado Department of Law;
> c. Colorado Bureau of Investigation; and
> d. Colorado Office of the State Auditor.
>
> The State will also request the receivership court permission to intervene and terminate all open grant agreements issued through the CBO, and seek appropriate remedies under the terms of the grant agreements. Also, effective as of the date of this Comprehensive Monitoring Report, the CBO is rescinding all BEAD grants provisionally awarded to [MXBB]. These provisional grants are outside of the receivership, and the associated grant agreements have not been, and will not be, executed.

Exhibit 39, at pp. 9-10 [Monitoring Report].

9. The CBO froze grant payments immediately after the whistleblower complaints emerged. Before formal grant cancellations could be executed, MXBB and the Debtor entered receivership. State officials are now pursuing the recovery of, at least, $3.2 million in disbursed funds ($2.5 million in federal money and $700,000 in State of Colorado dollars).

10. Through this Supplement, CR discloses this additional evidence for consideration at the evidentiary hearing scheduled for October 1, 2026. These two additional exhibits establish further misappropriation of funds under the control of Mr. Lindauer, through the Debtor's parent company, MXBB.

11. The misappropriation of at least $3.2 million of taxpayer funds is highly relevant to cause for the relief requested in the Excuse Turnover Motion.

12. If necessary, CR may call a witness from the CBO and/or the State of Colorado at the evidentiary hearing.

13. Accordingly, CR hereby supplements the pending Excuse Turnover Motion and submits the attached

WHEREFORE, CooperReilly Investment Fund, LLC hereby supplements it Excuse Turnover Motion, and respectfully requests that the Court grant and approve the pending Excuse Turnover Motion.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Matthew T. Faga*

Matthew T. Faga (41132)
Patrick R. Akers (54803)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
mfaga@markuswilliams.com
pakers@markuswilliams.com
*Counsel for CooperReilly Investment Fund, LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2026, I served a complete copy of the **NOTICE OF SUPPLEMENT TO MOTION TO EXCUSE RECEIVER'S TURNOVER PURSUANT TO 11 U.S.C. § 543(d)(1)** and the attached exhibits to be served, electronically, upon the parties registered with the Court's CM/ECF system.

*/s/ Matthew T. Faga*
Matthew T. Faga (41132)

*Counsel for CooperReilly Investment Fund, LLC*