EXHIBIT

39

COLORADO
Governor's Office of
Information Technology
Serving People. Serving Colorado.

**To:** **David Lindauer, Maverix Broadband**
**From:** Alison Terry, Interim Executive Director
Colorado Broadband Office, Governor's Office of Information Technology
**Re:** **Comprehensive Monitoring Report**

# Grantee: Maverix Broadband, Inc.

## Background

Maverix is an Internet Service Provider based in Parker, Colorado. It was established in 2021, and primarily provides fiber internet to Colorado communities.

Maverix initially applied for broadband grant awards through the Colorado Broadband Office (CBO) in 2023, through the Broadband Deployment Board's High Cost Support Mechanism (HCSM) and subsequently Capital Projects Fund (CPF) programs. Maverix was ultimately awarded six (6) grants, as indicated in the table below.

## Maverix Grants

| Funding (Year) | Grant # | Project Name | Awarded Amount |
|---|---|---|---|
| CPF (2024) | CTGG1 2024-4106 191465 | Kiowa FTTH | $1,861,407 |
| CPF (2024) | CTGG1 2024-4146 191806 | Chaffee + Saguache Counties FTTH | $12,832,911 |
| CPF (2024) | CTGG1 2024-4148 191825 | Gilpin + Boulder Counties FTTH | $7,054,391 |
| HCSM (2023) | 185624 | Livermore FTTH | $2,193,982 |
| HCSM (2024) | 194813 | Walsenburg FTTH | $2,604,579 |
| HCSM (2024) | 194812 | East Kersey FTTH | $832,103 |

Additionally, Maverix was provisionally awarded six (6) federal Broadband Equity, Access, and Deployment (BEAD) projects in Colorado (Provisional BEAD Grant Agreement record numbers: 224, 225, 226, 227, 228, 229), totaling an additional $103,125,198.17 in grant funds. No subgrant agreements have been executed pursuant to the BEAD program, and no funds have been disbursed.

## Investigation

On April 14, 2026, the court-appointed receiver (Sonoran Capital Advisors, hereinafter Sonoran or Receiver) notified CBO that Maverix had entered into receivership on January 22, 2026, due to failure to pay a creditor, CooperReilly Investment Fund LLC (hereinafter CooperReilly or Creditor).[1] Under the executed CPF and HCSM grant agreements, entering into receivership constitutes a Breach of Agreement (see definition of "Breach of Agreement" in the grant agreements), and the Grantee has an obligation to notify the CBO of any legal actions related to the grant.[2] The initial notification to the CBO was received from Sonoran. Maverix did not notify the CBO of the pending or court-ordered receivership.

On June 3, 2026, the CBO initiated an enhanced monitoring review of Maverix to investigate the irregularities reported by whistleblower complaints and identified by program staff. The enhanced monitoring review included: 1) a comprehensive financial audit of Maverix's Request for Reimbursements (RFRs) and payments; and 2) on-site visits to projects where payments were made for construction progress. Specifically, the enhanced monitoring investigated allegations that Maverix improperly requested reimbursement for work prior to its completion, requested reimbursement for equipment invoices that were later cancelled, failed to pay subcontractors or vendors after receiving RFR reimbursements, and engaged in other misuse of grant funds and accounting irregularities.

The objective of the enhanced monitoring was to determine whether reimbursement requests submitted to the CBO complied with applicable grant agreement provisions,

[1] COOPERREILLY INVESTMENT FUND, LLC v. MAVERIX LLC, MAVERIX BROADBAND, INC., and VIATH, INC.

[2] See Section entitled "Litigation Reporting" in the HCSM agreements, and Section 6C in the CPF agreements.

policies, and sound financial management practices, and to identify any fraud, waste, abuse, improper payments, and material internal control deficiencies.

# Findings

## Payment for Services Never Performed or Materials Never Received (Total $3,202,786.45)

Maverix submitted requests for reimbursement using vendor invoices that were subsequently canceled and billed the CBO for work that was incomplete, unverified, or delayed. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellations or incomplete work.

These transactions were identified through direct outreach to vendors, field observations, and direct written communications from specific vendors. When direct line-item reconciliation of quantities was not possible, reasonable assumptions for completed quantities were based on observational field data and industry standards.

In an enhanced monitoring interview with investigators, the CBO, David Lindauer (Maverix's CEO), and Dick Akright (Maverix's CFO), Mr. Lindauer stated there were internal Maverix discussions about whether to return the grant funds to the CBO. Maverix did not return the grant funds.

The following findings detail payments for services or materials never received, listed by vendor and amount.

### One Technology ($594,770.91)

Maverix submitted and was reimbursed for the following invoices from One Technology. These equipment orders were canceled by One Technology. One Technology confirmed the equipment was never delivered, One Technology holds no funds or inventory for Maverix, and Maverix does not currently owe One Technology payment for these transactions. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellations.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Chaffee + Saguache Counties FTTH | FA-000011 | One Technology Corporation | $283,443.79 | 3877CHASAG |
| Gilpin + Boulder Counties FTTH | FA-000063 | One Technology | $188,467.88 | 4065GILBOU |
| Livermore FTTH | Livermore_2024Q4 | One Technology | $122,859.24 | 4066LIVERMORE |

## Telecom Surplus Resources ($116,629.07)

Maverix submitted and was reimbursed for the following invoices from Telecom Surplus Resources (TSR). TSR confirmed equipment was never delivered, TSR holds no funds or inventory for Maverix, and Maverix does not currently owe TSR payment for these transactions. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellations.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|
| Kiowa FTTH | FA-000038 | TSR | $14,245.81 | 18072 |
| Livermore FTTH | Livermore_2024Q3 | Telecom Surplus Resources (TSR) | $102,383.26 | 18068 |

## Conduit Direct Group ($151,058.91)

Maverix submitted and was reimbursed for the following invoices from Conduit Direct Group. Conduit Direct Group confirmed equipment was never delivered, Conduit Direct Group holds no funds or inventory for Maverix, Maverix does not currently owe Conduit Direct Group payment for these transactions. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellations.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|
| Chaffee + Saguache Counties FTTH | FA-000062 | Conduit Direct Group | $112,317.91 | 2025/00002 |
| Gilpin + Boulder Counties FTTH | FA-000063 | Conduit Direct Group | $38,741.00 | 2025/00003 |

## DND Solutions ($343,900.00)

Maverix submitted and was reimbursed for the following invoices from DND Solutions. While DND Solutions emailed CBO stating that work was complete and only $60,000

was paid on the invoice, in a monitoring interview, Mr. Lindauer stated that this work was not completed. These funds are provisionally categorized as services or materials never received based on Mr. Lindauer's statements. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellation.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|
| Gilpin + Boulder Counties FTTH | FA-000321 | DND Solutions | $343,900.00 | 1032 |

## Calix ($59,688.03)

Maverix submitted and was reimbursed for the following invoice from Calix. Investigators requested a statement from Calix to determine if this equipment was delivered and paid for. At the time of this Comprehensive Monitoring Report, Calix has not responded. Based on the status of other similar equipment purchases, these invoices are provisionally categorized as services or materials never received. Maverix retained the reimbursed funds and failed to notify the CBO of the cancellation.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|
| Gilpin + Boulder Counties FTTH | FA-000140 | Calix | $59,688.03 | 778868A-1 |

## Prodigy Excavating & Engineering ($1,936,739.53)

Field observations and invoice reviews conducted during the enhanced monitoring review have identified progress and billing discrepancies.

- **Scope Discrepancies**: A review of underground construction vendor invoices noted progress billings for 121 miles of conduit and 963 individual handhole installations (inclusive of unfinished construction activities along the US-285 corridor). However, field assessment of grant progress identified only approximately 40 miles of completed underground construction (including conduit and handhole placement, but no fiber installed) and no broadband serviceable locations (BSLs) served. This is an 81-mile billing discrepancy. Maverix and Prodigy have confirmed this gap is associated with incomplete construction activities along US-285, as noted below. Despite completing only 40 miles, Maverix submitted and received

full reimbursement for the entire 121 miles of completed underground conduit and fiber.

- **Unverified Backhaul Claims:** An additional 40 miles of fiber backhaul was allegedly completed prior to field activities, but this was not independently verified during the field visit. But, during the on-site visit Mr. Lindauer stated that this 40-mile backhaul portion of the network will be addressed via an indefeasible right to use from a third party. Maverix has been paid the full reimbursement request for 40 miles of completed underground conduit and fiber by the CBO.
- **US-285 Corridor Pre-billing and Delays:** Work on the US-285 corridor portion of the Chaffee + Saguache Counties FTTH project was halted. A July 2026 letter from Prodigy indicates that construction was delayed indefinitely due to CDOT permits. Field observations confirmed that Maverix requested reimbursement for underground construction activities along the US-285 corridor that have not taken place (Prodigy invoice No. 1768, approximately 40 miles of conduit placement and 290 total handhole placements). Maverix requested and received reimbursement from the CBO in advance of completed construction.
- **Prodigy Invoice Discrepancy (Handhole Installations):** Prodigy invoices contain quantities that are not supported by the available material purchase records. Specifically, Prodigy invoiced Maverix for the installation of approximately 963 handholes on the Chaffee + Saguache Counties FTTH project, while the documentation submitted to the CBO reflects the purchase of only approximately 316 handholes. This is a difference of approximately 647 handholes. Moreover, the quantity invoiced was not observed during the field visit and is inconsistent with reasonable installation spacing for similar infrastructure.

Based on field observations, monitors determined that less work was completed than was billed. Investigators used data from on-site visits and industry standards to determine reasonable costs for completed work. Invoices listed below represent the excessive billing amounts.

| Project Name | RFR | Vendor | Reimbursement Amount | Invoice |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Chaffee + Saguache Counties FTTH | FA-000167 | Prodigy Excavating | $236,284.10 | 1767 |
| Chaffee + Saguache Counties FTTH | FA-000167 | Prodigy Excavating | $1,140,225.02 | 1768 |
| Livermore FTTH | Livermore_2023Q3 | Prodigy | $187,206.34 | 1667 |
| Livermore FTTH | Livermore_2024Q4 | Prodigy Excavating | $331,530.06 | 1744 |
| Chaffee + Saguache Counties FTTH | FA-000062 | Prodigy | $41,494.01 | 1742 |

## Failure to Pay Vendors ($93,867.83)

Maverix received reimbursement for legitimate costs incurred, but failed to pay the subcontractors who performed the work and Maverix retained the funds. Under the grant agreements and CBO policies, Maverix is required to pay vendors within fifteen (15) days of being reimbursed. Through direct outreach to vendors, field observations, and direct written communications from specific vendors, investigators were able to identify completed work for which vendors were not paid. Maverix retained the reimbursed funds and did not remit payment to these vendors.

### Smart Optics ($32,697.83)

Smart Optics issued two invoices totaling approximately $186,000 for optical equipment related to the Chaffee + Saguache Counties FTTH project. The CBO reimbursed Maverix for $132,697.78. Smart Optics' accounting department confirmed that all products associated with the two invoices were delivered and received, Maverix paid Smart Optics only $100,000 of the amount owed, and a balance of approximately $86,000 ($32,697.83 of this cost was reimbursed funds) remains unpaid and past due.

### Conduit Direct ($61,170.00)

Conduit Direct issued two invoices totaling $61,170.00 for conduit related to two HCSM projects. The CBO reimbursed Maverix for the full amount. Conduit Direct confirmed that the items were delivered, and that it has not been paid.

## Intercompany Transactions ($159,777.12)

Invoices detail $159,777.12 in payments to Maverix's related entities (End to End Construction, Splice Techs, EngiNuity Works) for costs associated with fiber installation. These invoices are not settled at the individual transaction level. According to Maverix, intercompany balances are settled through the consolidated financial statements process. Details of payments for these transactions were not reviewed.

## Unusual Transfers ($999,645.05)

### Prodigy Excavating & Engineering

Based on field observations, CBO has determined $999,645.05 in costs to be correctly incurred for actual progress, but accounting records do not exist to support cash payment to this vendor. Financial analysis indicates that Maverix issued lump-sum payments to reduce outstanding accrued balances. As such, investigators constructed a chronological waterfall allocation model to match sequential disbursements against accrued invoices, identifying invoices to designate as settled versus those that remain outstanding.

These costs are identified as outstanding based on the waterfall allocation model; however, CBO received a signed affidavit from Prodigy supporting the claim that Prodigy was paid in equity (greater than $1M). These costs may not be considered "unpaid" by Maverix and Prodigy but may represent cash diverted for other uses.

## Capital Shortfall

The financial review indicates that Maverix's current cash balances are insufficient to cover outstanding matching funds obligations and future grant requirements. Based on current financial information, a capital deficit prevents Maverix from completing further federal or State projects. Consequently, this financial shortfall constitutes a material breach of Maverix's existing CPF and HCSM grant agreements, and also indicates either a misrepresentation of financial viability during the BEAD grant application phase, or a subsequent diversion of required project capital.

## Lack of Compliance with CBO Grant Requirements and Grant Agreement Provisions

Maverix is out of compliance with grant requirements documented in individual grant agreements and in the OIT Grant Compliance, Reporting & Monitoring Guide in the following areas:

- **Affirmative Obligation to Return Funds:** Grantees must return any unentitled monies received under the applicable grant program to the State within 14 days of receipt, an obligation that applies in perpetuity.[3]
- **Payment of Vendors:** If a grantee's vendor has not been paid prior to submitting a request for reimbursement, the grant agreements require grantees to pay vendors within fifteen (15) days of receipt of payment.[4]
- **Reimbursement Requirement:** Grantees may not submit RFRs unless there is evidence that goods or services have been received and that vendor invoices have already been paid. Exceptions must be approved by the CBO Grant Manager in writing.[5]
- **Failure to Provide Surety:** Maverix has failed to provide Labor and Material Payment Bonds and Performance Bonds for the CPF grants.[6]
- **Failure to Notify:** Grantees must notify the CBO of litigation related to the grant agreements.[7]

## CBO and Grantee Actions:

The findings in this investigation are as follows: CPF and HCSM grant funds paid to Maverix were not returned to the CBO, are no longer in Maverix accounts, and were used for purposes other than grant activities, for work or materials that were

---

[3] CPF Grant Agreement, Section 16H; Certifications and Compliance, Section F; HCSM Walsenburg and East Kersey Grant Agreement, Section 16 - Certifications and Compliance, Section F.
[4] CPF Grant Agreement, Exhibit A, Section 8.4 Payment of Vendors; HCSM Grant Agreement, Exhibit A, Section 8.4 Payment of Vendors.
[5] Office of Information Technology, Grant Compliance, Reporting & Monitoring Guide, Ch. 3, "Required Reports and Notifications," p. 24.
[6] CPF Grant Agreements, Exhibit A, Section 10.2 Performance and Payment Bonds.
[7] CPF Grant Agreements Section 6C.

cancelled or not delivered and work that was not completed. Moreover, vendors remain unpaid.

Maverix has failed to return $3,202,786.45 in excess funds to the CBO. These funds are due back to the CBO in accordance with grant agreement terms and conditions.[8]

The CBO has submitted the required disclosure of financial misconduct by a subgrantee, specifically Maverix Broadband, Inc. (Maverix), to the US Department of the Treasury, Office of the Inspector General. This disclosure is made pursuant to the CBO's obligations found in 2 C.F.R. §200.113.

In accordance with federal and state regulation, submitting false claims, obtaining excess payments, or engaging in fraudulent schemes can result in civil liability, monetary penalties, debarment, and criminal penalties under state and federal law, including the Colorado False Claims Act.[9]

The identified financial misconduct has been reported to the following entities with jurisdiction to investigate this matter, and the authority to issue administrative, civil, and criminal penalties to Maverix:

a. United States Department of the Treasury, Office of Inspector General;

b. Colorado Department of Law;

c. Colorado Bureau of Investigation; and

d. Colorado Office of the State Auditor.

The State will also request the receivership court permission to intervene and terminate all open grant agreements issued through the CBO, and seek appropriate remedies under the terms of the grant agreements. Also, effective as of the date of this Comprehensive Monitoring Report, the CBO is rescinding all BEAD grants provisionally awarded to Maverix. These provisional grants are outside of the receivership, and the associated grant agreements have not been, and will not be, executed.

---

[8] CPF Grant Agreement, Section 16H; Certifications and Compliance, Section F; HCSM Walsenburg and East Kersey Grant Agreement, Section 16 - Certifications and Compliance, Section F.

[9] CPF Grant Agreement, Section 16 - Certifications and Compliance, Section H; HCSM Walsenburg and East Kersey Grant Agreement, Section 16 - Certifications and Compliance, Section H.

## Grantee Action Required:

If Grantee disputes any calculation, determination, or finding herein, Grantee shall submit all documentation supporting its claim to the CBO in writing within fifteen (15) days of the date of this Comprehensive Monitoring Report. The CBO will review the information presented by Grantee and may make relevant changes to its determination based on any additional information submitted by Grantee. Any calculations or determinations that result from the CBO's review of additional information shall not be subject to dispute. Documentation disputing any findings in this Comprehensive Monitoring Report must be sent to oit_advance_cbo@state.co.us, cc: jud.cary@coag.gov.

**All other future communications must be directed to Jud Cary, 1st Assistant Attorney General - Tech Law and Policy Unit at jud.cary@coag.gov.**

## Mandatory Completion Date:

Grantee shall submit all documentation disputing any findings in this Comprehensive Monitoring Report by October 6, 2026 - 5 p.m. MDT. The CBO may, in its sole discretion, refuse to consider any documentation submitted after this date.

## Certification:

The CBO's enhanced grant monitoring and this Comprehensive Monitoring Report were completed in accordance with OIT's procedures for the purpose of forming an opinion on the general administration of the applicable grants. This was not an audit. Therefore, all areas examined were only examined for purposes of obtaining an assessment of compliance with administrative, program, and specific financial requirements. **Additional requests for information may be requested from, and must be provided to, other investigative agencies per Section 7(B) in the main body of the grant agreement(s).**

Dated this 21st day of September, 2026.



**Alison Terry**
Interim Executive Director
Colorado Broadband Office
Governor's Office of Information Technology