EXHIBIT
40

Select Language

COLORADO
Governor's Office of
Information Technology

(/)

# Colorado Takes Action to Protect Taxpayer Funds Following Broadband Grants Inquiry

DENVER, September 21, 2026 — Today, the Colorado Broadband Office (CBO) announced recent actions taken to protect taxpayer funds following an inquiry into the misuse of state and federal broadband grant funding by Maverix Broadband, Inc. After receiving whistleblower reports, CBO took quick action to freeze payments to Maverix, launch an inquiry, move to terminate six active grants, and rescind more than $100 million in provisionally-awarded Broadband Equity, Access, and Deployment (BEAD) funding that has not gone out yet.

> "Colorado takes our responsibility to protect taxpayer funds seriously, and when concerns were raised, our safeguards worked," said Chief Information Officer and Executive Director Sarah Tuneberg. "The State took swift action to freeze all payments, investigate the source of funding misuse, and is taking full action to hold Maverix accountable. While I'm proud of the CBO team's efforts and reassured to see our safeguards working, I'm disappointed that this could delay high-speed internet access to rural Coloradans as we seek to find a new vendor."

Maverix Broadband was selected by CBO to receive state and federal broadband grants to expand high-speed internet access in rural Colorado. In late May, CBO received two whistleblower complaints raising concerns about Maverix's use of grant funding. CBO moved to immediately freeze further payments, open an inquiry, and initiate enhanced monitoring oversight of Maverix. These actions identified financial mismanagement and misuse of grant funds including payments for services and materials that were not received, and unpaid vendors.

Following the inquiry, CBO prepared to recapture funds from Maverix's three federal Capital Projects Fund grants and three state High Cost Support Mechanism grants. Before a formal cancellation could be issued, Maverix was placed into receivership, and the state will pursue the recovery of $3.2 million in grant funds — $2.5 million

Case:26-16423-MER Doc#:60-2 Filed:09/23/26 Entered:09/23/26 17:07:06 Page2 of 2

federal dollars and $700k in state dollars — through ongoing receivership and bankruptcy proceedings. While those efforts proceed, CBO has notified federal partners and referred its findings to the U.S. Department of the Treasury's Office of the Inspector General, and the Colorado Bureau of Investigation.

CBO is also rescinding more than $100 million in provisional BEAD awards to Maverix covering approximately 10,000 locations. No BEAD contracts with Maverix were signed and no BEAD funding was disbursed to Maverix. CBO is working with federal partners to reopen the affected planned broadband locations through a competitive rebid process so other providers can bring high-speed internet service to impacted communities.

# Recent

## Colorado Announces New myColorado® Mobile Driver License (mDL), Offering a Secure, Convenient Way to Get Through TSA (/press-release/colorado-announces-new-mycolorado-mobile-driver-license-mdl-offering-a-secure)

DENVER, August 31, 2026 — Today, Governor Polis announced the launch of the myColorado® Mobile Driver License (mDL).

## Colorado Broadband Office Opens Public Comment Period for Middle-Mile Due Diligence & Strategic Roadmap (/press-release/colorado-broadband-office-opens-public-comment-period-for-middle-mile-due-diligence)

DENVER, July 24, 2026 — The Colorado Broadband Office (CBO), housed within the Governor's Office of Information Technology (OIT), today announced the release of its Middle Mile Due Diligence and…

## Colorado Office of Information Technology Welcomes Casey Cook as Principal Director of Enterprise Architecture (/press-release/colorado-office-of-information-technology-welcomes-casey-cook-as-principal-director)

DENVER, June 22, 2026 — The Governor's Office of Information Technology (OIT) today officially welcomes Casey Cook as the Principal Director of Enterprise Architecture.