**Fill in this information to identify the case:**

Debtor name Maverix, LLC

United States Bankruptcy Court for the: District of Colorado

Case number (if known): 26-16423-MER

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

2.1

**Creditor's name**
Community Banks of Colorado, a division of NBH Bank, N.A.

**Describe debtor's property that is subject to a lien**
Real property, 3144 County Road 186, Parker, CO 80138

Column A: $ 623,789.56

Column B: $ 0.00

**Creditor's mailing address**
PO Box 26528, Kansas City, MO
Kansas City, MO 64196-6528

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** **unknown**

**Last 4 digits of account number** 8013

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2.2 **Creditor's name**
CooperReilly Investment Fund, LLC

**Creditor's mailing address**
c/o Markus Williams LLC, 1775 Sherman Street, Suite 1950
Denver, CO 80203

**Creditor's email address, if known**

**Date debt was incurred** 03/22/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 12,661,047.20 $ 0.00

2.3 **Creditor's name**
CooperReilly Investment Fund, LLC (Receiver's Certificates)

**Creditor's mailing address**
c/o Markus Williams LLC, 1775 Sherman Street, Suite 1950,
Denver, CO 80203

**Creditor's email address, if known**

**Date debt was incurred** 01/28/2026 to 07/31/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 91,447.31 $ 0.00

2.4 **Creditor's name**
De Lage Landen Financial Services, Inc.

**Creditor's mailing address**
1111 Old Eagle School Road
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** 08/03/2022

**Last 4 digits of account number** 1252

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
Vermeer PTX44 and PTX42 trenchers (UCC-1 20222077957)

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown $ 0.00

2.5 **Creditor's name**
First Western Bank & Trust

**Creditor's mailing address**
100 Prarie Center Dr
Eden Prairie, MN 55344

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** 201D

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
Trimble surveying equipment financed under Agreement EFA13591201D (UCC-1 20232044480, 05/08/2023)

$ Unknown

$ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 13,376,284.07