**Fill in this information to identify the case:**

Debtor name Maverix, LLC

United States Bankruptcy Court for the: District of Colorado

Case number (if known): 26-16423-MER

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>Colorado Department of Revenue, Bankruptcy Unit<br>PO Box 17087<br>Denver, CO 80217-0087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown | $ |
| 2.2 | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ Unknown | $ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
A-Mac Underground (CSMK LLC dba Amac Underground)
57625 E County Road 46
Strasburg, CO 80136

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 214,951.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ARIN
PO Box 232290
Centreville, VA 20120

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Registration Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Arrivy, Inc.
10400 NE 4th Street
Bellevue, WA 98004

**Date or dates debt was incurred** 02/12/2026 to 04/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,551.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software Subscription

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Atheral LLC
1309 Coffeen Ave, Ste 5838
Sheridan, WY 82801

**Date or dates debt was incurred** Before 02/12/2026 to 06/11/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 6,904.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Brad Billman
4509 Winterfield Run
Fort Wayne, IN 46804

**Date or dates debt was incurred** 01/16/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 220,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
City of Aurora

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 2022 onward

**Basis for the claim:** License fees, MLA 22-05

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Cogent Communications
PO Box 791087
Baltimore, MD 21279-1087

**As of the petition filing date, the claim is:** $ 3,279.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 2026

**Basis for the claim:** Services

**Last 4 digits of account number** 0001

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
CORE Electric Cooperative
5496 N. US Highway 85
Sedalia, CO 80135

**As of the petition filing date, the claim is:** $ 1,384.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 05/2026 to 06/2026

**Basis for the claim:** Utility Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
Core Industries LLC
365 Vienna Drive
Parker, CO 80138

**As of the petition filing date, the claim is:** $ 111,502.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 04/12/2026

**Basis for the claim:** Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
CoreSite (formerly DGEB)
1001 17th Street, Suite 500
Denver, CO 80202

**As of the petition filing date, the claim is:** $ 10,179.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 03/2026 to 08/2026

**Basis for the claim:** Colocation license fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
David Lindauer
2755 Winter Way
Parker, CO 80138

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** 02/18/2021

**Basis for the claim:** Advance for MX204 routers

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
David Lindauer
2755 Winter Way
Parker, CO 80138

**As of the petition filing date, the claim is:** $ 15,483.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 07/2026

**Basis for the claim:** Booked Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
End to End Construction, LLC
10940 South Parker Road Suite 418
Parker, CO 80134

**As of the petition filing date, the claim is:** $ 1,141,292.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 04/12/2026

**Basis for the claim:** Intercompany payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
EngiNuity Works, LLC
1094 South Parker Rd Ste 418
Parker, CO 80134

**As of the petition filing date, the claim is:** $ 818,578.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 04/12/2026

**Basis for the claim:** Intercompany payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Fresnel Software Corporation (Vitruvi)
555 17th Street, Suite 1500
Denver, CO 80202

**As of the petition filing date, the claim is:** $ 76,847.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 05/12/2026

**Basis for the claim:** Software license

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16**

**Nonpriority creditor's name and mailing address**
Lampert Capital Advisors
444 Madison Avenue
New York, NY 10022

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 110,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.17**

**Nonpriority creditor's name and mailing address**
Maverix Broadband, Inc.
10940 South Parker Road, Suite 418
Parker, CO 80134

**Date or dates debt was incurred** 01/01/2023 onward; 03/22/2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Co-borrower contribution or reimbursement

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

**Nonpriority creditor's name and mailing address**
Maverix Enterprise Holdings, Inc.
2755 Winter Way
Parker, CO 80138

**Date or dates debt was incurred** Before 02/12/2026 to 06/11/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 966,794.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Intercompany payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19**

**Nonpriority creditor's name and mailing address**
NetSuite - Oracle
500 Oracle Parkway
Redwood City, CA 94065

**Date or dates debt was incurred** Before 02/12/2026 to 07/11/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 39,062.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software (ERP)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

**Nonpriority creditor's name and mailing address**
Peoples Premium Finance
138 Putnam Street
Marietta, OH 45750

**Date or dates debt was incurred** 2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 6,927.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance premium financing

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

**Nonpriority creditor's name and mailing address**
Pinnacol Assurance
7501 E Lowry Blvd
Denver, CO 80230

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number** 8862

**As of the petition filing date, the claim is:** $ 13,510.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers' compensation premium

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.22**

**Nonpriority creditor's name and mailing address**
Prodigy Excavating LLC
43455 Ptarmigan Ranch Street
Parker, CO 80138

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,600,069.08
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.23**

**Nonpriority creditor's name and mailing address**
Rapid Wire
5789 Sheridan Frontage Rd.
Arvada, CO 80002

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 56,500.67
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.24**

**Nonpriority creditor's name and mailing address**
Sonoran Capital Advisors, LLC
1733 N Greenfield Rd
Mesa, AZ 85205

**Date or dates debt was incurred** 01/22/2026 to 08/30/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Receiver fees and expenses (notice only)

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.25**

**Nonpriority creditor's name and mailing address**
Splice Techs, LLC
10940 S Parker Rd Ste 418
Parker, CO 80134

**Date or dates debt was incurred** Before 02/12/2026 to 04/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 266,584.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Intercompany payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
Tommy Thrasher
1490 County Road 186
Parker, CO 80138

**Date or dates debt was incurred** 02/12/2026 to 07/11/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monthly charge ($650/month)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Travelers
385 Washington Street - SB95B
Saint Paul, MN 55102

**Date or dates debt was incurred** 01/2026 to 05/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 14,843.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Auto insurance premium

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
TSR ComSupply
2635 S. Santa Fe Drive, Suite 3H
Denver, CO 80223

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 168,680.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Materials

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
Tyler Bartholomew
7200 Inspiration Dr
Parker, CO 80138

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Tyler Bartholomew
7200 Inspiration Dr
Parker, CO 80138

**Date or dates debt was incurred** Before 02/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 489.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Booked payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
UNCC (Colorado 811)
PO Box 208903
Dallas, TX 75320-8903

**As of the petition filing date, the claim is:** $ 20,595.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** 2025 to 08/2026

**Basis for the claim:** Locate ticket fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
Vermeer Sales & Service of Colorado, Inc.
5801 E 76th Ave
Commerce City, CO 80022

**As of the petition filing date, the claim is:** $ 10,118.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 04/12/2026

**Basis for the claim:** Equipment parts and service

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
Vetro, Inc.
12 Mountfort Street
Portland, ME 04101

**As of the petition filing date, the claim is:** $ 23,937.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 06/11/2026

**Basis for the claim:** Software subscription

**Last 4 digits of account number** 1570

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Viath, Inc.
10940 South Parker Road, Suite 418
Parker, CO 80134

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** 03/22/2024

**Basis for the claim:** Guarantor reimbursement or subrogation

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Viath, Inc.
10940 South Parker Road, Suite 418
Parker, CO 80134

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Before 12/31/2022

**Basis for the claim:** Loan

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Viath, Inc.
10940 South Parker Road, Suite 418
Parker, CO 80134

**As of the petition filing date, the claim is:** $ 817,469.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 07/11/2026

**Basis for the claim:** Administrative fees and booked payables

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Zayo Group, LLC
1821 30th Street, Unit A
Boulder, CO 80301

**As of the petition filing date, the claim is:** $ 285,214.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Before 02/12/2026 to 08/10/2026

**Basis for the claim:** Dark fiber and transport services

**Last 4 digits of account number** 7157

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | $ 8,026,651.26 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 8,026,651.26 |