**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**Objection To Untimely Witness And Exhibit Lists**

Maverix, LLC, as debtor in the above-captioned chapter 11 case (the "Debtor"), by and through the undersigned, respectfully objects to CooperReilly Investment Fund, LLC's late filed witness and exhibit list.

Pursuant to L.B.R. 9070-1, The witness list and exhibit list should have been filed at least five days prior to the hearing, or at the latest on Monday September 28, 2026, as five days prior to the hearing was a Saturday.

Instead, the witness and exhibit list were not filed until 48 hours before the hearing Tuesday September 29, 2026 prejudicing the Debtor.

Accordingly, Debtor objects to introduction of any witness testimony or introduction of any exhibits at the October 1, 2026 from the untimely filings.

Respectfully submitted this 29th day of September, 2026.

By: /s/ Matthew C Campbell

Matthew C. Campbell, attorney for Debtor
Co. Reg. No. 42713
LAW OFFICES OF MATTHEW C. CAMPBELL LLC
Durango, CO 81301
(970) 422-4270 phone
(970) 478-0178 fax
matthew@cswlegal.com

CERTIFICATE OF SERVICE

I certify that on this 29th day of September, 2026, I served the foregoing document (and all attached documents, if any) upon the following:

ALAN MOTES (Attorney for US Trustee) - ECF system
Patrick R. Akers for Creditor CooperReilly Investment Fund, LLC - ECF System
Matthew T. Faga for Creditor CooperReilly Investment Fund, LLC - ECF System
John Goutell on behalf of Debtor Maverix LLC - ECF System
David A. Laird on behalf of Interested Party Sonoran Capital Advisors - ECF System
Benjamin Wieck on behalf of Creditor CooperReilly Investment Fund, LLC - ECF Syste

/s/ Matthew C. Campbell