**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 26-16423-MER |
| MAVERIX, LLC | ) | |
| | ) | Chapter 11 |

---

**MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

---

Maverix, LLC, the debtor and current debtor-in-possession ("Debtor"), by and through its undersigned counsel, moves for an appointment of a Chapter 11 Trustee pursuant to 11 U.S. Code § 1104(a)(2, Rule 9013, and Rule 2007.1 because it is in the interests of creditors, equity security holders, and other interests of the estate. There is potential for the Debtor to reorganize. At the same time, CooperReilly Investment Fund, LLC ("CooperReilly") and the state-court receiver (the "Receiver") have made allegations against David Lindauer, the current CEO of the Debtor, which the Debtor disputes and which have not been resolved or adjudicated. No court has found contempt, and the Receiver's most recent contempt motion states that it "seeks no citation, sanction, or other relief against" the Debtor (Docket No. 49-29). There is no other current member of management to exercise control other than Mr. Lindauer. Debtor does not by the filing of this motion suggest such allegations are meritorious, but it is in the best interest of the Debtor for a neutral Chapter 11 trustee to be appointed in light of the accusations.

Additionally, ownership of the assets CooperReilly claims under an Asset Purchase Agreement is disputed and is before this Court in Adversary Proceeding No. 26-01240, which could involve related entities.

Wherefore, Debtor requests that this Court schedule the matter for hearing (if necessary), appoint a qualified Chapter 11 Trustee, and grant such other relief as is proper and necessary.

Respectfully submitted this 1st day of October, 2026.

By: /s/ Matthew C Campbell

Matthew C. Campbell, attorney for Debtor
Co. Reg. No. 42713
LAW OFFICES OF MATTHEW C. CAMPBELL LLC
Durango, CO 81301
(970) 422-4270 phone
(970) 478-0178 fax
matthew@cswlegal.com