**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor**

Maverix, LLC, as debtor in the above-captioned chapter 11 case (the "Debtor"), respectfully represents as follows in support of this application (this "Application"):

AMENDMENTS: This motion amends the motions filed September 9, 2026 and September 22, 2026. The motion is amended to reflect that the debtor *does not* seek an order *nunc pro tunc* to date the bankruptcy was filed and that notice will be provided to all creditors in accordance with LBR 2014-1(a)(2). This motion also reflects that Debtor has hired the undersigned counsel to appear in the pending adversary proceeding.

RELIEF REQUESTED

1. By this Application, the Debtors seek entry of an order, substantially in the form attached hereto as Exhibit E (the "Proposed Order"), authorizing the Debtors to retain and employ Matthew C. Campbell of the Law Offices of Matthew C. Campbell (the "Firm") as counsel to the Debtors, in accordance with the terms and conditions of that certain engagement agreement dated as of September 8, 2026 as amended (the "Engagement Agreement"), attached hereto as Exhibit D.

2. In support of this Application, the Debtor relies on and incorporates by reference the Declaration of Matthew C. Campbell in Support of Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Matthew C. Campbell as counsel to the Debtor (the "Campbell Declaration"), attached hereto as Exhibit A.

3. The Debtor also relies on the Declaration of David Lindauer in Support of Application of Debtor for Entry of an Order Authorizing the Retention and Employment of the Law Offices of Matthew C. Campbell LLC as Counsel to the Debtor (the "Lindauer Declaration"), attached hereto as Exhibit B, and submit their statement (the "Rule 2016 Statement"), a copy of which is attached hereto as Exhibit C, pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

JURISDICTION AND VENUE

4. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory and legal predicates for the relief requested herein are section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rule 2014, and L.B.R. 2014-1.

6. Pursuant to L.B.R. 2014-1(a)(2), notice of this motion will be given to all creditors.

BACKGROUND

7. On February 12, 2026, the Debtor filed a Petition under Chapter 11 of the Bankruptcy Code.

8. The Firm was selected because of Matthew Campbell's status as a CPA, though he is to be employed as an attorney not an accountant and Matthew Campell's prior experience in the field of bankruptcy (which has been significant, but not his primary practice.)

9. The Firm will seek Court approval of its compensation and reimbursement of its actual, necessary, and reasonable expenses, and other charges incurred by the Firm in connection with this matter, upon the filing of appropriate applications for interim and final compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. The principal attorneys and paralegal to represent the Debtor, and their current standard hourly rates, are: Matthew C. Campbell (attorney) $350/hr) and paralegal $75/hr.

10. The Firm received has received a retainer of $30,000 from a third party affiliated with Debtor. See, Ex. B ("Lindauer Declaration").

11. The Firm has not shared or agreed to share any of its compensation from the Debtor with any other person, other than as permitted by section 504 of the Bankruptcy Code.

SERVICES TO BE PROVIDED

12. In connection with the Chapter 11 Bankruptcy, the professional services that the Firm will render to the Debtor include, but shall not be limited to, the following:

    a. providing legal advice and services with respect to the Debtor's powers and duties as debtor in possession in the continued operation of their business, management of their property, the Local Rules, practices, and procedures, and providing substantive and strategic advice on how to accomplish the Debtor's goals in connection with the prosecution of these cases;

    b. preparing, on behalf of the Debtor, necessary applications, motions, answers, orders, reports, and other legal papers;

    c. appearing in Court and at any meeting with the United States Trustee for the District of the Colorado and any meeting of creditors at any given time on behalf of Debtor as their counsel;

d. performing various services in connection with administration of the Chapter 11 case, including, limitation: services in (i) conn (ii) monitoring the docket for filings and assessing pending matters that need responses; (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with the same; (iv) handling inquiries and calls from creditors and counsel to and, interested parties regarding pending matters and the general status of the Chapter 11 Case; performing all other related services reasonably assigned by the Debtor.

13. A proposed order is attached.

Respectfully submitted this 1st day of October, 2026.

By: /s/ Matthew C Campbell
Matthew C. Campbell, attorney for Debtor
Co. Reg. No. 42713
LAW OFFICES OF MATTHEW C. CAMPBELL LLC
Durango, CO 81301
(970) 422-4270 phone
(970) 478-0178 fax
matthew@cswlegal.com

CERTIFICATE OF SERVICE

I certify that on this 1st day of October, 2026, I served the foregoing document (and all attached documents, if any) upon the following:

ALAN MOTES (Attorney for US Trustee) - ECF system
Patrick R. Akers for Creditor CooperReilly Investment Fund, LLC - ECF System
Matthew T. Faga for Creditor CooperReilly Investment Fund, LLC - ECF System
John Goutell on behalf of Debtor Maverix LLC - ECF System
David A. Laird on behalf of Interested Party Sonoran Capital Advisors - ECF System
Benjamin Wieck on behalf of Creditor CooperReilly Investment Fund, LLC - ECF System
Each creditor (not otherwise served above) on the attached creditor matrix by US Mail.

/s/ Matthew C. Campbell