LAW OFFICES OF
MATTHEW C CAMPBELL LLC
170 E 12th St. Ste. 9
Durango, CO 81301
(970) 422-4270 Phone (970) 247-0013 Fax

## AMENDED LEGAL SERVICES AGREEMENT – CHAPTER 11

1. **Parties**. This agreement is between Matthew Campbell of the Law Offices of Matthew C Campbell LLC, hereinafter referred to as "the Attorney" and the client, MAVERIX, LLC, hereinafter referred to as "the Client." Singular and plural (client or clients) mean the same in this agreement. The Attorney's representation agreed to hereby will not extend to any other person or entity. This agreement replaces the previous legal services agreement which the parties agree has no ongoing legal effect and is unenforceable.

2. **Legal Services**. The legal services to be provided by the Attorney to the Client are as follows:

representation in ongoing Chapter 11 proceedings.

providing legal advice and services with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business, management of their property, the Local Rules, practices, and procedures, and providing substantive and strategic advice on how to accomplish the Debtors' goals in connection with the prosecution of these cases; preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers; appearing in Court and at any meeting with the United States Trustee for the District of Colorado (the "U.S. Trustee") and any meeting of creditors at any given time on behalf of the Debtors as their counsel; performing various services in connection with the administration of the Chapter 11 Cases, including, without limitation: (i) preparing agenda letters, certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings; (ii) monitoring the docket for filings and assessing pending matters that need responses; (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with the same; (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of the Chapter 11 Cases; and, performing all other related services reasonably assigned by the Debtors.

Adversary proceedings are included.

3. **Responsibilities of the Attorney and Client**. The Attorney will perform the legal services called for under this agreement with vigor, keep the Clients informed of progress and developments, and respond promptly to the

Clients' inquiries and communications. The Clients will be truthful and cooperative with the Attorney; keep the Attorney reasonably informed of developments and of changes in address, telephone numbers and whereabouts; and timely make any payments required by this agreement. Furthermore, the Clients will be cooperative when asked to furnish information or documents during this engagement.

4. **Attorney Fees**. Attorney fees for Legal Services will be computed at a flat rate of $350.00/hr.

5. **Costs**. The Clients will pay all costs and expenses properly and reasonably incurred during representation of the Clients under this agreement.

6. **Deposit for Fees and Costs**. Clients shall cause $30,000 to be deposited into the at the time this contract is signed (Bank of Colorado Routing No. 107002448, Account 8302793608). **CLIENT GIVES INFORMED CONSENT TO RECEIPT OF FUNDS FROM A THIRD PARTY. CLIENT IS ADVISED THAT ALL ASPECTS OF THE REPRESENTATION WILL CONTINUE TO BELONG TO CLIENT (AND NOT THE PAYOR).** All unearned deposits, if any, will be placed in Matthew C. Campbell's Colorado based COLTAF Trust Account. Any interest earned will be paid to the IOLTA fund as required by law. The Clients authorize the Attorney to withdraw the principal from the trust account to pay attorney's fees and costs as they are incurred by Client, but only in accordance with the Bankruptcy Code and Bankruptcy Rules and after any approvals required by law are obtained. If, at the termination of services under this agreement, the total amount incurred by the Clients for attorney fees and costs is less than the amount deposited, the difference will be refunded to the Client.

7. **Payments**. Payments shall be made to the attorney in accordance with the Bankruptcy Code and Bankruptcy Rules and after any approvals required by law are obtained.

8. **Effective Date of Agreement**. The effective date of this agreement will be September 8, 2026.

9. **Withdrawal**. The Clients have the right to terminate this engagement at any time, subject to payment and final billings. Conversely, the Attorney reserves the right to withdraw from the engagement, and from representing the Clients subject to the ethical restrictions imposed on the Attorney by the Colorado Rules of Professional Conduct, if the Clients fail to cooperate, fail to make timely payments as required pursuant to this agreement, or if the Clients request that the Attorney take any position or action that in the Attorney's good-faith opinion requires or permits his withdrawal because of professional duties imposed by the Colorado Rules of Professional Conduct. If the Attorney seeks to terminate this engagement for any reason, reasonable notice will be given.

10. **No Guaranty of Result**. The Clients acknowledge that the Attorney has made no representation to the Clients regarding the outcome of the matter for which the Attorney has been engaged hereunder. The Clients understand that

all expressions relative to the outcome of the Clients' case at any time are only a matter of opinion. No immigration benefit can be guaranteed by any attorney.

11. **Binding Agreement**. This agreement represents the entire agreement between the Attorney and the Clients and memorializes the earlier oral agreement of the parties. By signing below, the Clients acknowledge that this agreement has been carefully reviewed and its contents understood and that the Clients agree to be bound by all of its terms and conditions. No change or waiver of any of the provisions of this agreement shall be binding on either the Clients or the Attorney unless the change is in writing and signed by the agreeing Client(s) and the Attorney.

12. **DISPUTE RESOLUTION**. Client and Attorney agree that in the case of any dispute concerning current or past representation, the complaining party should inform the other party with written notification, detailing the description and reasons of complaints. The other party shall respond to such complaint in 30 days. If no resolution is reached, Client and Attorney agree to submit the matter to informal mediation. If after mediation, a resolution has not resulted, Client and Attorney agree to submit the matter to binding arbitration, by and under the rules of the American Arbitration Association.

**13. GUARANTY**. David Lindauer agrees to personally guarantee payment of Attorney's legal fees and expenses. The undersigned guarantor waives diligence, demand for payment, extension of time for payment, notice of acceptance of this guaranty, and indulgences and notice of every kind, and consents to any and all forbearances and extensions of the time for payment or performance under this Agreement and to any and all changes in the terms of this Agreement. **After discussion, Client gives its informed consent to receipt of funds from a third party. Client remains in control of all aspects of representation. No duty is owed to Mr. Lindauer as an individual. Representation does not extend to Mr. Lindauer.**

The foregoing is agreed to by:

MAVERIX LLC

10/1/26

David Lindauer, CEO — date

/s/ Matthew C Campbell — 10/01/2026

Matthew C. Campbell, Attorney — date

10/1/26

David Lindauer, an individual Guarantor — date