IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER RE: Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor**

THIS MATTER comes before the Court on Debtor's Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor filed on October 1, 2026.

The Court, is advised in the premises and hereby concludes as follows:

The application is approved as of the time the original September 9, 2026 when the original Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor was filed.

Dated:

BY THE COURT:

________________________
United States Bankruptcy Judge