**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor : Maverix, LLC

Case #: 26-16423 MER

Chapter: 11

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Objection Deadline

Objection Deadline: October 15, 2026.

### Notice

NOTICE IS HEREBY GIVEN that Maverix, LLC (the "Movant"), has filed a motion/application, Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor (the "Motion") (ECF,82) with the Court

and requests the following relief: **employment and authorization of counsel.**

**[**If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Signature of Movant's Attorney or Movant (if unrepresented)

Respectfully submitted this 1st day of October, 2026

By: /s/ Matthew C. Campbell
Co. Reg. No. 42713
LAW OFFICES OF MATTHEW C. CAMPBELL LLC.
Durango, CO 81301
(970) 422-4270 phone
(970) 478-0178 fax
matthew@cswlegal.com