# 02 - BEAD - NTIA Approved Provisional Award List - Provider UEI

| state | project_name | project_id | uei | project_description | project_type | priority_broadbar | estimated_miles_ | estimated_miles_ | estimated_jobs | estimated_subaw | estimated_perfor | estimated_perfor | intersect_tribal | tribal_consent_n | bead_support | fixed_amount_su | subgrantee_matc | federal_match | state_match | other_match | federal_match_s | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO | SECOM FTTP in Town of Granada | CM61-BEAD-CO-App-000273 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 161 locations. | L | Y | 12 | 0 | 0 | 6/1/2026 | 8/1/2026 | 1/1/2028 | N | | 807905.97 | Y | 283858.86 | 0 | 0 | 0 | | |
| CO | SUIT BEAD On-Reservation Fiber Only | CM61-BEAD-CO-App-000294 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber to 74 locations. | L | Y | 10 | 3 | 32 | 6/1/2026 | 8/1/2026 | 6/1/2029 | Y | Southern Ute Ind | 960514.13 | Y | 0 | 0 | 1098817.17 | 0 | | |
| CO | SECOM FTTP in Town of Vilas | CM61-BEAD-CO-App-000300 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 76 locations. | L | Y | 4 | 0 | 0 | 6/1/2026 | 8/1/2026 | 9/1/2028 | N | | 324976.34 | Y | 114180.87 | 0 | 0 | 0 | | |
| CO | SECOM FTTP in Town of Walsh | CM61-BEAD-CO-App-000305 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 355 locations. | L | Y | 21 | 0 | 0 | 6/1/2026 | 8/1/2026 | 4/1/2029 | N | | 1128153.68 | Y | 396378.32 | 0 | 0 | 0 | | |
| CO | SECOM FTTP in the Town of Wiley | CM61-BEAD-CO-App-000330 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 184 locations. | L | Y | 9 | 0 | 0 | 6/1/2026 | 8/1/2026 | 1/1/2028 | N | | 609683.78 | Y | 214213.22 | 0 | 0 | 0 | | |
| CO | FTI Wifi: From the Canyon to the Farm | CM61-BEAD-CO-App-000336 | FJZ8FSGBTZL8 | Award to FTI WIFI to deploy Fiber to 248 locations. | L | Y | 0 | 50 | 24 | 6/1/2026 | 8/1/2026 | 5/1/2028 | N | | 3219020.33 | Y | 1599763.43 | 0 | 1580269.96 | 0 | | |
| CO | VCN BEAD Chaffee County | CM61-BEAD-CO-App-000345 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 327 locations. | L | Y | 8 | 9 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1247229 | Y | 166297 | 0 | 249446 | 0 | | |
| CO | VCN BEAD Lake City | CM61-BEAD-CO-App-000352 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 290 locations. | L | Y | 7 | 7 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1124128 | Y | 394964 | 0 | 0 | 0 | | |
| CO | SUIT BEAD On-Reservation Hybrid Eas | CM61-BEAD-CO-App-000356 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber to 80 locations. | L | Y | 15 | 1 | 32 | 6/1/2026 | 8/1/2026 | 1/1/2030 | Y | Southern Ute Ind | 1038393.65 | Y | 0 | 0 | 1187910.46 | 0 | | |
| CO | SUIT BEAD On-Reservation Hybrid Wes | CM61-BEAD-CO-App-000357 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber to 83 locations. | L | Y | 4 | 11 | 32 | 6/1/2026 | 8/1/2026 | 2/1/2030 | Y | Southern Ute Ind | 1077333.42 | Y | 0 | 0 | 1232457.09 | 0 | | |
| CO | SUIT BEAD Rafter J 100% Fiber | CM61-BEAD-CO-App-000358 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber to 154 locations. | L | Y | 10 | 8 | 32 | 6/1/2026 | 8/1/2026 | 7/1/2028 | N | | 1998907.78 | Y | 0 | 0 | 1567675.34 | 0 | | |
| CO | VCN BEAD Aspen Springs | CM61-BEAD-CO-App-000431 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 607 locations. | L | Y | 25 | 15 | 0 | 6/1/2026 | 8/1/2026 | 7/1/2028 | N | | 2461278 | Y | 864774 | 0 | 0 | 0 | | |
| CO | VCN BEAD Westcliffe-Silver Cliff | CM61-BEAD-CO-App-000432 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 800 locations. | L | Y | 3 | 25 | 0 | 6/1/2026 | 8/1/2026 | 7/1/2028 | N | | 2535356 | Y | 890801 | 0 | 0 | 0 | | |
| CO | VCN BEAD Freemont County | CM61-BEAD-CO-App-000433 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 540 locations. | L | Y | 30 | 22 | 0 | 6/1/2026 | 8/1/2026 | 7/1/2028 | N | | 3189039 | Y | 425205 | 0 | 637808 | 0 | | |
| CO | FTTH_Baca_Campo_FTTH_002 | CM61-BEAD-CO-App-000436 | VMMFAKM6NY19 | Award to Resound Networks to deploy Fiber to 104 locations. | L | Y | 8 | 3 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1039896 | Y | 346632 | 0 | 0 | 0 | | |
| CO | Clear Creek Broadband, Upper Bear Cr | CM61-BEAD-CO-App-000437 | LKMYMN8J31X8 | Award to Clear Creek Broadband, LLC to deploy Fiber to 472 locations. | L | Y | 0 | 29 | 12 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 3783324 | Y | 0 | 0 | 1261108 | 0 | | |
| CO | FTTH_Logan_Illif_FTTH_001 | CM61-BEAD-CO-App-000483 | VMMFAKM6NY19 | Award to Resound Networks to deploy Fiber to 165 locations. | L | Y | 12 | 4 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1649835 | Y | 549945 | 0 | 0 | 0 | | |
| CO | FTTH_Prowers_Bristol_FTTH_004 | CM61-BEAD-CO-App-000486 | VMMFAKM6NY19 | Award to Resound Networks to deploy Fiber to 80 locations. | L | Y | 12 | 4 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 799920 | Y | 266640 | 0 | 0 | 0 | | |
| CO | Clear Creek Broadband, Floyd Hill, Pine | CM61-BEAD-CO-App-000565 | LKMYMN8J31X8 | Award to Clear Creek Broadband, LLC to deploy Fiber to 517 locations. | L | Y | 0 | 44 | 20 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 6710618.99 | Y | 0 | 0 | 3452802.01 | 0 | | |
| CO | Hilltop-West Berthoud-Fiber Edge Expai | CM61-BEAD-CO-App-000566 | FMSARMPAGTZ1 | Award to Smiling J, LLC to deploy Fiber to 413 locations. | L | Y | 75 | 61 | 11 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 5360707.24 | Y | 2606388.55 | 0 | 2458458.41 | 0 | | |
| CO | Hilltop-East Berthoud-Fiber Edge Expar | CM61-BEAD-CO-App-000567 | FMSARMPAGTZ1 | Award to Smiling J, LLC to deploy Fiber to 494 locations. | L | Y | 76 | 41 | 12 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 6412080.81 | Y | 3224499.5 | 0 | 2765340.84 | 0 | | |
| CO | SUIT BEAD East Outside 100% Fiber | CM61-BEAD-CO-App-000601 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber to 201 locations. | L | Y | 15 | 1 | 32 | 6/1/2026 | 8/1/2026 | 3/1/2028 | N | | 1379493.86 | Y | 0 | 0 | 459831.29 | 0 | | |
| CO | Ouray County FTTP (R2) | CM61-BEAD-CO-App-000626 | H7STAMMK36G1 | Award to CLEAR NETWORX, LLC to deploy Fiber to 208 locations. | L | Y | 11 | 16 | 2 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2699823.5 | Y | 1753540 | 0 | 2560797.5 | 0 | | |
| CO | VCN BEAD R2 Chaffee County | CM61-BEAD-CO-App-000646 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 470 locations. | L | Y | 23 | 25 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 3468224.25 | Y | 462430 | 0 | 693644.75 | 0 | | |
| CO | AKCS BEAD Application - Updated Ben | CM61-BEAD-CO-App-000700 | PX3CHN4WCPG3 | Award to Amazon Kuiper Commercial Services LLC to deploy LEO Satellite to 42252 locations. | L | N | 0 | 0 | 14 | 6/1/2026 | 8/1/2026 | 1/1/2028 | N | | 25351200 | Y | 8450400 | 0 | 0 | 0 | | |
| CO | App-000617-New Comcast Round 2 FT | CM61-BEAD-CO-App-000704 | XG3KMFK12C22 | Award to Comcast Cable Communications Management LLC to deploy Fiber to 222 locations. | L | Y | 3 | 8 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 801337 | Y | 1555536 | 0 | 0 | 0 | | |
| CO | App-000290-New Comcast FTTH Easte | CM61-BEAD-CO-App-000707 | XG3KMFK12C22 | Award to Comcast Cable Communications Management LLC to deploy Fiber to 66 locations. | L | Y | 0 | 4 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 149511 | Y | 632105 | 0 | 0 | 0 | | |
| CO | App-000709 - New - Trailblazer Broadba | CM61-BEAD-CO-App-000709 | KNMKSMB6JNW5 | Award to Trailblazer Broadband to deploy Fiber to 178 locations. | L | Y | 22 | 9 | 4 | 6/1/2026 | 8/1/2026 | 6/1/2028 | N | | 1644253 | Y | 551012 | 0 | 0 | 0 | | |
| CO | App-000379-NEW_Larimer01 | CM61-BEAD-CO-App-000711 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 961 locations. | L | Y | 0 | 194 | 2 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 11100901 | Y | 3700300 | 0 | 0 | 0 | | |
| CO | App-000382-NEW_Weld01 | CM61-BEAD-CO-App-000714 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 882 locations. | L | Y | 0 | 166 | 2 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 8614942 | Y | 2871647 | 0 | 0 | 0 | | |
| CO | App-000403-NEW_Weld02 | CM61-BEAD-CO-App-000716 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 407 locations. | L | Y | 0 | 97 | 7 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 5282827.71 | Y | 1797410 | 0 | 109402.29 | 0 | | |
| CO | App-000404-NEW_Weld03 | CM61-BEAD-CO-App-000717 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 203 locations. | L | Y | 0 | 78 | 7 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 2634923.9 | Y | 1445340 | 0 | 1701096.1 | 0 | | |
| CO | App-000405-NEW_Weld04 | CM61-BEAD-CO-App-000718 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 624 locations. | L | Y | 0 | 145 | 2 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 7457831 | Y | 2485943 | 0 | 0 | 0 | | |
| CO | App-000406-NEW_Weld05 | CM61-BEAD-CO-App-000719 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 985 locations. | L | Y | 0 | 200 | 2 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 10054123 | Y | 3351374 | 0 | 0 | 0 | | |
| CO | App-000407-NEW_Weld06 | CM61-BEAD-CO-App-000720 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 740 locations. | L | Y | 0 | 208 | 7 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 9605141.3 | Y | 3491800 | 0 | 870258.7 | 0 | | |
| CO | App-000408-NEW_Weld07 | CM61-BEAD-CO-App-000721 | N5M3K9618JK4 | Award to Inventive Wireless of NE LLC to deploy Fiber to 1034 locations. | L | Y | 0 | 192 | 7 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 9914400 | Y | 3304800 | 0 | 0 | 0 | | |
| CO | Conexon Connect Buttes East | CM61-BEAD-CO-App-000722 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 63 locations. | L | Y | 28 | 17 | 1 | 6/1/2026 | 8/1/2026 | 7/1/2030 | N | | 681388 | Y | 1452909 | 0 | 0 | 0 | | |
| CO | BOTBR SECOM FTTP in Cokedale (Pre | CM61-BEAD-CO-App-000728 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 98 locations. | L | Y | 4 | 1 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 574971 | Y | 202017 | 0 | 0 | 0 | | |
| CO | Emery Telcom - Montezuma County Rou | CM61-BEAD-CO-App-000731 | YLLJPJHLXF95 | Award to Emery Telecommunications & Video, Inc. to deploy Fiber to 1127 locations. | L | Y | 49 | 35 | 13 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 8061416.14 | Y | 2687138.71 | 0 | 0 | 0 | | |
| CO | New App-000401, App-000654 - SIQ Ba | CM61-BEAD-CO-App-000734 | LL3NP1GKCM77 | Award to Falcon Broadband, LLC. to deploy Fiber to 673 locations. | L | Y | 7 | 28 | 4 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 2228120 | Y | 932781 | 0 | 0 | 0 | | |
| CO | APP-528 + APP-532 + APP-577 - NEW | CM61-BEAD-CO-App-000737 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 2035 locations. | L | Y | 57 | 171 | 30 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 24327189 | Y | 8109062 | 0 | 0 | 0 | | |
| CO | North Denver_New_FW | CM61-BEAD-CO-App-000749 | VMMFAKM6NY19 | Award to Resound Networks to deploy Licensed FW to 81 locations. | L | N | 0 | 0 | 4 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 97200 | Y | 32400 | 0 | 0 | 0 | | |
| CO | App-000319_New Comcast FTTH Everç | CM61-BEAD-CO-App-000753 | XG3KMFK12C22 | Award to Comcast Cable Communications Management LLC to deploy Fiber to 182 locations. | L | Y | 3 | 10 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2362345.56 | Y | 1635560 | 0 | 1453962.44 | 0 | | |
| CO | APP-000391-New-and-APP-000628-Ne | CM61-BEAD-CO-App-000754 | HN5LPCETQ2K8 | Award to NE Colorado Cellular, Inc. to deploy Fiber to 485 locations. | L | Y | 0 | 28 | 6 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1652056 | Y | 587530 | 0 | 0 | 0 | | |
| CO | APP-000340, DMEA - Pomona - New | CM61-BEAD-CO-App-000760 | E1XRK9M9KPW5 | Award to Delta Montrose Electric Assn Inc to deploy Fiber to 180 locations. | L | Y | 16 | 10 | 71 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 1782668 | Y | 594221 | 0 | 0 | 0 | | |
| CO | New APP-000326 - SIQ Bargain App C | CM61-BEAD-CO-App-000762 | LL3NP1GKCM77 | Award to Falcon Broadband, LLC. to deploy Fiber to 29 locations. | L | Y | 5 | 0 | 1 | 6/1/2026 | 8/1/2026 | 4/1/2027 | N | | 121984 | Y | 60082 | 0 | 0 | 0 | | |
| CO | App 000763 - New Trailblazer Broadbar | CM61-BEAD-CO-App-000763 | KNMKSMB6JNW5 | Award to Trailblazer Broadband to deploy Fiber to 1030 locations. | L | Y | 47 | 5 | 4 | 6/1/2026 | 8/1/2026 | 6/1/2028 | N | | 4098863.25 | Y | 1366287.75 | 0 | 0 | 0 | | |
| CO | App-000661 VCN BEAD R2 San Juan F | CM61-BEAD-CO-App-000764 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 162 locations. | L | Y | 3 | 2 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 457948.5 | Y | 61060 | 0 | 91589.5 | 0 | | |
| CO | App-000581 VCN BEAD R2 Lake City - | CM61-BEAD-CO-App-000766 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 124 locations. | L | Y | 1 | 4 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 779179.5 | Y | 103891 | 0 | 155835.5 | 0 | | |
| CO | App-000346 VCN BEAD Salida South - | CM61-BEAD-CO-App-000767 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 195 locations. | L | Y | 13 | 8 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1411187.25 | Y | 56447 | 0 | 413948.75 | 0 | | |
| CO | App-000647 VCN BEAD R2 Westcliffe - | CM61-BEAD-CO-App-000772 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy Fiber to 89 locations. | L | N | 5 | 3 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 305818 | Y | 101939 | 0 | 0 | 0 | | |
| CO | Rebeltec Application 1 | CM61-BEAD-CO-App-000773 | N2WZLKWVMKX7 | Award to Rebeltec Communications, LLC to deploy LBR FW to 1196 locations. | L | N | 0 | 1 | 3 | 6/1/2026 | 8/1/2026 | 8/1/2027 | N | | 867300 | Y | 289100 | 0 | 0 | 0 | | |
| CO | SUIT On Reservation + East Outside (N | CM61-BEAD-CO-App-000778 | H3VJM313MK56 | Award to SOUTHERN UTE INDIAN TRIBE to deploy Fiber, LBR FW to 803 locations. | L | N | 79 | 31 | 32 | 6/1/2026 | 8/1/2026 | 5/1/2029 | Y | Southern Ute Ind | 12171420.9 | Y | 0 | 0 | 11030505.27 | 0 | | |
| CO | Strata Networks - COB1 - APP 000622 - | CM61-BEAD-CO-App-000783 | FHVMKWMDJSR1 | Award to Uintah Basin Electronic Telecommunications, LLC to deploy Fiber to 144 locations. | L | Y | 1 | 3 | 0 | 6/1/2026 | 8/1/2026 | 4/1/2027 | N | | 484502.25 | Y | 64603 | 0 | 96897.75 | 0 | | |
| CO | Conexon Connect Mountain Parks BoB | CM61-BEAD-CO-App-000785 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 2838 locations. | L | Y | 425 | 132 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 20114982.35 | Y | 6704994.12 | 0 | 0 | 0 | | |
| CO | Conexon Connect Holy Cross Basalt | CM61-BEAD-CO-App-000786 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 227 locations. | L | Y | 66 | 25 | 1 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 2946441.99 | Y | 1093339 | 0 | 333574.01 | 0 | | |
| CO | Conexon Connect Douglas County | CM61-BEAD-CO-App-000787 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 128 locations. | L | Y | 39 | 29 | 1 | 6/1/2026 | 8/1/2026 | 10/1/2028 | N | | 446780 | Y | 2997139 | 0 | 0 | 0 | | |
| CO | Conexon Connect Buttes West | CM61-BEAD-CO-App-000788 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 174 locations. | L | Y | 25 | 3 | 1 | 6/1/2026 | 8/1/2026 | 7/1/2030 | N | | 359360 | Y | 648504 | 0 | 0 | 0 | | |
| CO | Conexon Connect El Paso County | CM61-BEAD-CO-App-000789 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 266 locations. | L | Y | 99 | 45 | 1 | 6/1/2026 | 8/1/2026 | 5/1/2029 | N | | 1370698 | Y | 5163237.78 | 0 | 0 | 0 | | |
| CO | Conexon Connect Mountain View East | CM61-BEAD-CO-App-000790 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 264 locations. | L | Y | 111 | 31 | 2 | 6/1/2026 | 8/1/2026 | 10/1/2027 | N | | 2155660 | Y | 3636310 | 0 | 0 | 0 | | |
| CO | Conexon Connect Elbert County | CM61-BEAD-CO-App-000791 | VJ5HRDMWAPW8 | Award to Conexon Connect, LLC to deploy Fiber to 374 locations. | L | Y | 27 | 17 | 1 | 6/1/2026 | 8/1/2026 | 5/1/2027 | N | | 916556 | Y | 1419766 | 0 | 0 | 0 | | |
| CO | Antero Junction - New | CM61-BEAD-CO-App-000792 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 490 locations. | L | Y | 21 | 34 | 36 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 3213969.14 | Y | 857058.44 | 0 | 214264.61 | 0 | | |
| CO | Pueblo West - New | CM61-BEAD-CO-App-000793 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 39 locations. | L | Y | 0 | 5 | 12 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 506216.91 | Y | 204634.84 | 0 | 107687.61 | 0 | | |
| CO | Michigan Hills - New | CM61-BEAD-CO-App-000794 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 329 locations. | L | Y | 32 | 0 | 24 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1980182.8 | Y | 528048.75 | 0 | 132012.19 | 0 | | |
| CO | Jefferson County South - New | CM61-BEAD-CO-App-000795 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 1433 locations. | L | Y | 137 | 3 | 48 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 6782172 | Y | 1808579 | 0 | 452145 | 0 | | |
| CO | Bailey: CR 43 & Hwy 285 - New | CM61-BEAD-CO-App-000796 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 600 locations. | L | Y | 87 | 5 | 48 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 6055682.88 | Y | 4037121.92 | 0 | 0 | 0 | | |
| CO | Indian Mountain South - New | CM61-BEAD-CO-App-000797 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 1569 locations. | L | Y | 113 | 19 | 24 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 6431720 | Y | 2756452 | 0 | 0 | 0 | | |
| CO | Jefferson County North - New | CM61-BEAD-CO-App-000798 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 1428 locations. | L | Y | 139 | 48 | 48 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 12686370.74 | Y | 4228790.24 | 0 | 0 | 0 | | |
| CO | Town of Fairplay & Hwy 9 - New | CM61-BEAD-CO-App-000799 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 1430 locations. | L | Y | 74 | 75 | 36 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 9686115.72 | Y | 5215600.77 | 0 | 0 | 0 | | |
| CO | Will-O-Wisp - New | CM61-BEAD-CO-App-000800 | EDYZE7S6UC15 | Award to Highline to deploy Fiber to 1032 locations. | L | Y | 54 | 8 | 36 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 3118397 | Y | 2078932 | 0 | 0 | 0 | | |
| CO | Hilltop: Lake Deweese Fiber - New | CM61-BEAD-CO-App-000804 | FMSARMPAGTZ1 | Award to Smiling J, LLC to deploy Fiber to 151 locations. | L | Y | 8 | 0 | 9 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 1069328 | Y | 375709 | 0 | 0 | 0 | | |
| CO | APP-000623, Mesa County FTTP #2 (E | CM61-BEAD-CO-App-000805 | H7STAMMK36G1 | Award to CLEAR NETWORX, LLC to deploy Fiber to 60 locations. | L | Y | 4 | 0 | 8 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 645049 | Y | 215017 | 0 | 0 | 0 | | |
| CO | App-000321-New- Comcast FTTH- Jeffe | CM61-BEAD-CO-App-000809 | XG3KMFK12C22 | Award to Comcast Cable Communications Management LLC to deploy Fiber to 479 locations. | L | Y | 17 | 13 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2685177 | Y | 2925257 | 0 | 0 | 0 | | |
| CO | APP-000301, Crestone FTTH - New | CM61-BEAD-CO-App-000810 | NCK8EVFHH8J5 | Award to Jade Communications LLC to deploy Fiber to 905 locations. | L | Y | 0 | 154 | 10 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 9382422 | Y | 3127474 | 0 | 0 | 0 | | |
| CO | APP-000299, South Conejos FTTH - Ne | CM61-BEAD-CO-App-000811 | NCK8EVFHH8J5 | Award to Jade Communications LLC to deploy Fiber to 183 locations. | L | Y | 0 | 117 | 5 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 2375325.48 | Y | 913418 | 0 | 364927.52 | 0 | | |
| CO | APP-000616, Mesa County FTTP #1 (R | CM61-BEAD-CO-App-000816 | H7STAMMK36G1 | Award to CLEAR NETWORX, LLC to deploy Fiber to 150 locations. | L | Y | 24 | 5 | 8 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 1946987.1 | Y | 799373 | 0 | 451129.9 | 0 | | |
| CO | APP-000633, La Plata County FTTP #1 | CM61-BEAD-CO-App-000817 | H7STAMMK36G1 | Award to CLEAR NETWORX, LLC to deploy Fiber to 964 locations. | L | Y | 31 | 49 | 6 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 12512642.53 | Y | 7265198 | 0 | 9282949.47 | 0 | | |
| CO | App-000632, Montezuma County East F | CM61-BEAD-CO-App-000818 | H7STAMMK36G1 | Award to CLEAR NETWORX, LLC to deploy Fiber to 640 locations. | L | Y | 53 | 14 | 30 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 8082871 | Y | 2694290 | 0 | 0 | 0 | | |
| CO | App-000695-New-Denver | CM61-BEAD-CO-App-000819 | VMMFAKM6NY19 | Award to Resound Networks to deploy Unlicensed FW to 254 locations. | L | N | 0 | 0 | 4 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 228600 | Y | 76200 | 0 | 0 | 0 | | |
| CO | APP-000576-New-CO Springs | CM61-BEAD-CO-App-000820 | VMMFAKM6NY19 | Award to Resound Networks to deploy Unlicensed FW to 42 locations. | L | N | 0 | 0 | 4 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 50400 | Y | 16800 | 0 | 0 | 0 | | |
| CO | App-000501-New-FW_Elbert_Arapahoe | CM61-BEAD-CO-App-000839 | VMMFAKM6NY19 | Award to Resound Networks to deploy Licensed FW to 86 locations. | L | N | 0 | 0 | 4 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 77400 | Y | 25800 | 0 | 0 | 0 | | |
| CO | APP-000332 - NEW | CM61-BEAD-CO-App-000853 | EJKMMHAX3VU6 | Award to City of Loveland to deploy Fiber to 188 locations. | L | Y | 0 | 12 | 17 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2278695 | Y | 800622 | 0 | 0 | 0 | | |
| CO | App-000659 VCN BEAD R2 Fremont Co | CM61-BEAD-CO-App-000854 | T6NTQ7J74C95 | Award to Visionary Communications, LLC to deploy LBR FW to 703 locations. | L | N | 0 | 0 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 394724 | Y | 131575 | 0 | 0 | 0 | | |
| CO | BOTBR SECOM FTTP in Aguilar (Prelim | CM61-BEAD-CO-App-000856 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Fiber to 291 locations. | L | Y | 4 | 0 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 279294 | Y | 98131 | 0 | 0 | 0 | | |
| CO | BOTBR SECOM Wireless in Otero, Ben | CM61-BEAD-CO-App-000859 | P8J7CRBGBE46 | Award to SECOM, Inc. to deploy Unlicensed FW, LBR FW to 161 locations. | L | N | 0 | 0 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2028 | N | | 249700 | Y | 317800 | 0 | 0 | 0 | | |
| CO | BotBR - Fort Collins Connexion FTTP in | CM61-BEAD-CO-App-000866 | VEJ3BS5GK5G1 | Award to City of Fort Collins to deploy Fiber to 237 locations. | L | Y | 0 | 8 | 0 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 1511782 | Y | 531167 | 0 | 0 | 0 | | |
| CO | SpaceX CO BEAD Application Region 0 | CM61-BEAD-CO-App-000905 | C6M7C2FLKER5 | Award to Space Exploration Technologies Corp. to deploy LEO Satellite to 5400 locations. | L | N | 0 | 0 | 0 | 6/1/2026 | 8/1/2026 | 3/1/2028 | N | | 9161999.9 | Y | 8391414.7 | 0 | 0 | 0 | | |
| CO | APP-541 - NEW - SW Boulder FTTH | CM61-BEAD-CO-App-000909 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 586 locations. | L | Y | 20 | 32 | 30 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 7606233.52 | Y | 2837511 | 0 | 906296.48 | 0 | | |
| CO | APP-689 - NEW - Douglas West FTTH | CM61-BEAD-CO-App-000910 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 1116 locations. | L | Y | 37 | 111 | 20 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 14485591.47 | Y | 5263621 | 0 | 1305272.53 | 0 | | |
| CO | APP-672 - NEW - Gilpin County North F | CM61-BEAD-CO-App-000911 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 260 locations. | L | Y | 16 | 17 | 8 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2809691 | Y | 1031940 | 0 | 0 | 0 | | |
| CO | APP-688 - NEW - Walsenburg FTTH | CM61-BEAD-CO-App-000913 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 212 locations. | L | Y | 10 | 50 | 12 | 6/1/2026 | 8/1/2026 | 8/1/2029 | N | | 2751743.18 | Y | 1023871 | 0 | 319869.82 | 0 | | |
| CO | APP-691 - NEW - Florissant FTTH | CM61-BEAD-CO-App-000914 | X3G2NJ6QE223 | Award to Maverix Broadband, Inc. to deploy Fiber to 6023 locations. | L | Y | 126 | 400 | 45 | 6/1/2026 | 8/1/2026 | 8/1/2030 | N | | 51144750 | Y | 17300355 | 0 | 0 | 0 | | |