# Advance - BEAD Grant Application

# Larimer County FTTH

## Applicant Information

Entity Name (DBA Name):
**Maverix Broadband, Inc.**

Entity Legal Name:
**Maverix Broadband, Inc.**

### Federal Employer Identification Number

Applicants are required to provide their Federal Employer Identification Number.

FEIN:
**92-1484889**

### Colorado Vendor Self-Service (VSS) Number

If not registered with State, please use the VSS registration page to register- colorado.gov/vss.

Colorado VSS Number:
[redacted]**7039**

### FCC Registration Number (FRN) and CostQuest Tier D License

FCC Registration Number (FRN) associated with your CostQuest Tier D License and date license was signed. If the applicant does not have a CostQuest Tier D License, please request a license through CostQuest and an FRN.

FCC Registration Number:
**0033246786**

CostQuest Tier D License Date:
**Jul 26, 2024**

### Applicant Entity

Entity Website:
**https://maverixbroadband.com**

### Entity Remittance Address

Country:
**US**

Street:
**10940 South Parker Road, Suite 418**

City:

State:

**Parker** **CO**

Zip Code:
**80134**

## Entity Physical Address

Country:
**US**

Street:
**2755 Winter Way**

City:

State:
**CO**

Zip Code:
**80138**

Is the Applicant a traditional or non-traditional broadband provider? Please note that the term "non-traditional broadband provider" means an electric cooperative, nonprofit organization, public-private partnership, public or private utility, public utility district, Tribal entity, or local government (including any unit, subdivision, authority, or consortium of local governments) that provides or will provide broadband services.

*Traditional/Non-Traditional Broadband Providers
**Traditional**

Provider Type
**Non-ILEC service provider**

## Business Classification

Is the Applicant one of the following?

- ☐ Disadvantaged Business Enterprise
- ☐ Federally Recognized Tribe
- ☐ Minority Owned Business
- ☐ Veteran Owned Business
- ☐ Woman Owned Business
- ☒ Small Business
- ☐ Labor Surplus Area Firm

1.1. **Application Title:** To help us identify and process this application correctly, please use the format [Old Application Name]-New. For example, if the original application was APP-000001, the Application Title field below should be entered as APP-000001 - New.

# 1. Application Resubmission

1.2. Old Application Name/#: Provide the complete, previous application name here. For example, if the original application was APP-000001, you would enter APP-000001.
**Answer: App-528 + App-530 + App-532**

1.3. Does performing the work in this application depend on award of another application?
**Answer: No**

1.4. Total Project Cost:
**Answer: 40351334**

1.4.1. Match:
**Answer: 10087834**

1.4.2. Requested BEAD Subsidy
**Answer: 30263500**

1.5. What is the total number of eligible BSLs you propose to serve?

1.5.1. Unserved
**Answer: 1725**

1.5.2. Underserved
**Answer: 1199**

# Project Design

## 2. Project Design

### 2.1. Executive Summary

#### 2.1.1. Project Summary

Please provide a high-level description of the project in a paragraph or two. This may be copied over from the prior application. (500 characters or less)
**Answer: Larimer County FTTH is a combined project of rural Larimer County from the north side of Ft Collins, west through our existing Livermore grant area into Red Feather Lakes and Crystal Lakes. XGS-PON will be offered to allow full 10gbps connectivity. This project allows us our existing dark fiber to scale to more homes that have virtually no coverage of any variety and could not be served wirelessly due to them being in a mountainous region of the state.**

### 2.2. Network Design

#### Network Technology

From the list provided below, please select all applicable network technologies that you propose to use for this Project.

FCC Code 40: Hybrid fiber coaxial (HFC) DOCSIS 4.0
**Answer: FALSE**

FCC Code 40: Hybrid fiber coaxial (HFC) DOCSIS 3.1
**Answer: FALSE**

FCC Code 50: XGS-PON
**Answer: TRUE**

FCC Code 50: XG-PON
**Answer: FALSE**

FCC Code 50: G-PON
**Answer: FALSE**

FCC Code 50: E-PON
**Answer: FALSE**

Other FCC Code 50 or equivalent (describe below)
**Answer: FALSE**

FCC Code 60: Geostationary Satellite
**Answer: FALSE**

FCC Code 61: Non-Geostationary Satellite (Low Earth Orbit (LEO) satellite option)
**Answer: FALSE**

FCC Code 70: Wireless using unlicensed spectrum
**Answer: FALSE**

FCC Code 71: Wireless using licensed spectrum
**Answer: FALSE**

FCC Code 72: Licensed-by-rule Wireless
**Answer: FALSE**

FCC Code 0: Other (describe below)
**Answer: FALSE**

If "Other" is selected, provide a description in the field below: (500 characters or less)
**Answer:**

## Network Speed

### Minimum Speed Guarantee

Select the minimum bandwidth each subscriber will receive when all subscribers are simultaneously active during peak times. By selecting one of the performance bands, you affirm that all locations will achieve a minimum of the selected speed with a maximum allowable latency of 100 Milliseconds across all performance bands.
**Answer: >1 Gbps Download/Upload Speeds**

### Maximum Available Speed

Applicants will be asked to provide the maximum available speed the network can deliver as proposed. By selecting one of the performance bands, Applicants affirm that this project can achieve the selected speed with a maximum allowable latency of 100 Milliseconds across all performance bands.

**Answer: Other (Describe below)**

### 5.2.2. Scalability, Interference and Capacity

Providers must complete the Scalable Technology Questionnaire upload document to demonstrate that their system is and can easily scale over time to meet the evolving connectivity needs of households and businesses and support the deployment of 5G, successor wireless technologies, and other advanced services.

**Download the Scalable Technology Questionnaire, complete the relevant tabs and attach below.**

**To download templates, visit the "Application Downloads" dropdown at https://broadband.colorado.gov/funding/benefit_of_the_bargain.**

Upload the completed Scalable Technology Questionnaire here: (Maximum of 1 file)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **1**

### 2.2.1. Project Areas and Locations

### Upload new Location List

Please upload a CSV file identifying the project areas and locations you intend to serve with this project. Applicants should not indiscriminately select all BSLs in a large number of Project Areas for a Priority Project if they cannot support the Project with reliable broadband speeds, latency, and scalability. The CBO reserves the right to determine that such a Project does not meet the Priority Project requirements and the CBO will evaluate the Application as a Non-Priority Project.

**To download templates, visit the "Application Downloads" dropdown at https://broadband.colorado.gov/funding/benefit_of_the_bargain**

**For information on eligible locations, visit https://colorado-broadband-challenge-portal-cooit.hub.arcgis.com/pages/project-area-map.**

Upload Location List here: (Maximum 1 file)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **1**

### 2.2.3. High-Level Network Design

Please upload a high-level network design showing a proposed network that will deliver broadband service meeting or exceeding requisite performance requirements to all locations served by the Project.

Please refer to the Guidelines for additional requirements for the high level design.

Upload High-Level Network Design here: (Maximum of 5 files)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **1**

### 2.2.4. Speed to deployment

Specify the number of months needed between the date of execution of the Grant Agreement and project handoff to operations. Please note the required project timeline must be completed within 4 years.

**Answer: 48**

### 2.2.5. Low-Cost Service Option

Awardees must offer a Low-Cost Service Option (LCSO) to Eligible Subscribers throughout the useful life period of the BEAD-funded network. The LCSO must offer speeds of at least 100/20 Mbps and latency performance of no more than 100 milliseconds.

Upload Low-Cost Service Option here: (Maximum of 1 file)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **1**

# Project Budget and Financials

## 3. Project Budget and Financials

### 3.1. Financial Surety

Upload evidence of financial surety as detailed in the Guidelines section 7.6.1.

Upload Financial Surety documents here: (Maximum 5 files)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **3**

### 3.2. Project Budget

Please populate the project budget information in the project budget workbook.

**To download templates, visit the "Application Downloads" dropdown at https://broadband.colorado.gov/funding/benefit_of_the_bargain**

Upload Project Budget here: (Maximum 1 file)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **1**

### 3.3. Project Match

Upload proof of the total committed matching amounts per application (e.g. letter from bank stating the loan amount). CBO will regard all cash, loans, federal grants, and state grants as cash matches.

Upload supporting Project Match documents here: (Maximum 1 file)
***Files will be displayed at the end of the application. The number of files uploaded is:*** **6**

### 3.3.1. Matching Waiver Request

If requesting a waiver for 25% match requirement (per Application), provide a description of the special circumstances underlying the reason it is infeasible for the applicant to provide the match in full or in part.

Additionally, please be aware that match waivers are not guaranteed and the CBO may request further information to assist

in making its determination.

Enter match waiver request below:
**Answer:**

# Certifications

## 4. Certifications

Applicants must review and certify the statements below prior to submitting this application.
This project satisfies the statutory requirement to incorporate best practices defined by NTIA for ensuring reliability and resilience of broadband infrastructure14 by establishing risk management plans that account for technology infrastructure reliability and resilience, including from natural disasters (e.g., wildfires, flooding, tornadoes, hurricanes, etc.), as applicable.

This project satisfies the statutory requirement to incorporate best practices defined by NTIA for ensuring reliability and resilience of broadband infrastructure by establishing risk management plans that account for technology infrastructure reliability and resilience, including from natural disasters (e.g., wildfires, flooding, tornadoes, hurricanes, etc.), as applicable.
**Answer: TRUE**

I certify that our organization has a demonstrated record of, and plans to be in compliance with, Federal labor and employment laws.
**Answer: TRUE**

I certify that the project will include interspersed conduit access points at regular and short intervals for any project that involves laying fiber optic cables or conduit underground or along a roadway
**Answer: TRUE**

I certify that I have elected to stand on an existing subgrantee application received prior to the publication of the BEAD Restructuring Policy Notice, and that this document, combined with the referenced application shall be rescored under the rubric detailed in the CBO BEAD Benefit of the Bargain Program Guidelines and may be awarded during the Benefit of the Bargain round. Note: No costs will be allowed related to requirements removed by the BEAD Restructuring Policy Notice.
**Answer: TRUE**

I confirm that the Project will serve all unserved and underserved locations specified in the Locations List included in this application.
**Answer: TRUE**

By signing this application, I certify to the best of my knowledge and belief that the application is true, complete, and accurate, and the designs, costs and project plans are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812, and the Colorado False Claims Act).
**Answer: TRUE**

The CBO does not intend to publish detailed application information; however, the CBO is subject to CORA. Please indicate any sections of the Application that you believe qualify for exemption from CORA under C.R.S. 24-72-204(3)(a)((IV) ("Trade secrets, privileged information, and confidential commercial, financial, geological, or geophysical data, etc."). Please explain how the exemption applies to the information in the narrative field below. Note, identifying such section of the Application does not mean such information will be withheld under CORA. The custodian, the requester, and potentially a judge will

make all CORA determinations.

List exemptions from CORA here: (2000 characters or less)
**Answer:**

Click the link to review the **Colorado Claims Act**

Name:
**Answer: David Lindauer**

Digitally sign below:

Job Title:
**Answer: CEO**

Digital Signature:
**Answer: David Lindauer**

| **County:** | | | | |
|---|---|---|---|---|
| **PA ID** | **Served** | **Underserverd** | **Unserved** | **Zip Code** |

| **Deliverables** | | | | |
|---|---|---|---|---|
| **Name** | **Responsible Party** | **Anticipated Start Date** | **Anticipated Completion Date** | **Type** |
| Needs Assessment | Maverix | Jun 01, 2024 | Sep 01, 2025 | Task |
| Feasability Study | Maverix | Jun 01, 2024 | Sep 01, 2025 | Task |
| Approved Projects | CBO | May 01, 2025 | Apr 01, 2026 | Task |
| Funding Secured | Maverix | Oct 01, 2024 | Sep 01, 2025 | Task |
| Bidding/Contracting (including w/ Professional Services) | Maverix | Oct 01, 2024 | Oct 01, 2026 | Task |
| Preliminary Design | Maverix | Oct 01, 2024 | Oct 01, 2024 | Task |
| Regulatory Approvals, i.e., ROW, | Maverix | Jul 01, 2025 | Jan 01, 2027 | Task |

| | | | | |
|---|---|---|---|---|
| Permits/ leases | | | | |
| Cable Plant | Maverix | Jun 01, 2026 | Apr 01, 2027 | Task |
| Structures and Hardware | Maverix | Jun 01, 2026 | Apr 01, 2027 | Task |
| Components | Maverix | Jun 01, 2026 | Apr 01, 2027 | Task |
| Documentation | Maverix | Jun 01, 2026 | Jun 01, 2027 | Task |
| Procurement | Maverix | Jun 01, 2026 | Apr 01, 2029 | Task |
| Construction | Maverix | Jun 01, 2026 | Apr 01, 2029 | Task |
| Cable Installation | Maverix | Oct 01, 2026 | May 01, 2029 | Task |
| Splicing | Maverix | Nov 01, 2026 | Jun 01, 2029 | Task |
| Testing | Maverix | Dec 01, 2026 | Jul 01, 2029 | Task |
| Documentation/As Built | Maverix | Sep 01, 2026 | Aug 01, 2029 | Task |
| Handoff to Operations | Maverix | Feb 01, 2027 | Aug 01, 2029 | Task |
| Project Closeout | Maverix | Jan 01, 2029 | Oct 01, 2029 | Task |

**Budget Name:**BGT-000627
**Status:** Planned
**Type:** Project
**Total:** $32,436,251.00

## Phase 1

| Period Start Date: | Period End Date: |
|---|---|
| Jan 01, 2025 | Dec 31, 2025 |

## Phase 2

| Period Start Date: | Period End Date: |
|---|---|
| Jan 01, 2026 | Dec 31, 2026 |

**Phase 3**

| Period Start Date: | Period End Date: |
|---|---|
| Jan 01, 2027 | Dec 31, 2027 |

**Phase 4**

| Period Start Date: | Period End Date: |
|---|---|
| Jan 01, 2028 | Apr 30, 2028 |

## Administrative and Legal Expenses

| Item | Phase | Amount |
|---|---|---|
| Administrative and Legal Expenses | Phase 1 | $87,212.00 |
| Administrative and Legal Expenses | Phase 2 | $87,212.00 |
| Administrative and Legal Expenses | Phase 3 | $87,212.00 |
| Administrative and Legal Expenses | Phase 4 | $87,208.00 |
| | **Total:** | **$348,844.00** |

## Land, structures, rights-of-way, appraisals, etc

| Item | Phase | Amount |
|---|---|---|
| ROW Fees | Phase 1 | $155,360.00 |
| ROW Fees | Phase 2 | $155,360.00 |
| ROW Fees | Phase 3 | $155,360.00 |
| ROW Fees | Phase 4 | $155,356.00 |
| Land/structure purchases | Phase 1 | $0.00 |
| Land/structure purchases | Phase 2 | $0.00 |
| Land/structure purchases | Phase 3 | $0.00 |
| Land/structure purchases | Phase 4 | $0.00 |
| | **Total:** | **$621,436.00** |

## Relocation expenses and payments

| Item | Phase | Amount |
|---|---|---|
| Relocation expenses and payments - Must be detailed in the budget workbook | Phase 1 | $0.00 |
| Relocation expenses and payments - Must be detailed in the budget workbook | Phase 2 | $0.00 |
| Relocation expenses and payments - Must be detailed in the budget workbook | Phase 3 | $0.00 |
| Relocation expenses and payments - Must be detailed in the budget workbook | Phase 4 | $0.00 |
| | **Total:** | **$0.00** |

## Architectural and engineering fees

| Item | Phase | Amount |
|---|---|---|
| Engineering | Phase 1 | $101,500.00 |
| Engineering | Phase 2 | $101,500.00 |
| Engineering | Phase 3 | $101,500.00 |
| Engineering | Phase 4 | $101,500.00 |
| | **Total:** | **$406,000.00** |

## Other architectural and engineering fees

| Item | Phase | Amount |
|---|---|---|
| Other Eligible Architectural/Engineering | Phase 1 | $50,752.00 |

| | | |
|---|---|---|
| Fees - Must be detailed in the budget workbook | | |
| Other Eligible Architectural/Engineering Fees - Must be detailed in the budget workbook | Phase 2 | $50,752.00 |
| Other Eligible Architectural/Engineering Fees - Must be detailed in the budget workbook | Phase 3 | $50,752.00 |
| Other Eligible Architectural/Engineering Fees - Must be detailed in the budget workbook | Phase 4 | $50,744.00 |
| | **Total:** | **$203,000.00** |

## Project inspection fees

| Item | Phase | Amount |
|---|---|---|
| Project inspection fees | Phase 1 | $0.00 |
| Project inspection fees | Phase 2 | $0.00 |
| Project inspection fees | Phase 3 | $0.00 |
| Project inspection fees | Phase 4 | $0.00 |
| | **Total:** | **$0.00** |

## Site work

| Item | Phase | Amount |
|---|---|---|
| Site preparation, and site restoration costs | Phase 1 | $535,724.00 |
| Site preparation, and site restoration costs | Phase 2 | $535,724.00 |
| Site preparation, and site restoration costs | Phase 3 | $535,724.00 |
| Site preparation, and site restoration costs | Phase 4 | $535,712.00 |
| | **Total:** | **$2,142,884.00** |

## Demolition and removal

| Item | Phase | Amount |
|---|---|---|
| Demolition and removal | Phase 1 | $0.00 |
| Demolition and removal | Phase 2 | $0.00 |
| Demolition and removal | Phase 3 | $0.00 |
| Demolition and removal | Phase 4 | $0.00 |
| | **Total:** | **$0.00** |

## Construction

| Item | Phase | Amount |
|---|---|---|
| Equipment shelter/land rental | Phase 1 | $19,886.00 |
| Equipment shelter/land rental | Phase 2 | $39,772.00 |
| Equipment shelter/land rental | Phase 3 | $39,772.00 |
| Equipment shelter/land rental | Phase 4 | $39,770.00 |
| Project and Construction Management | Phase 1 | $174,424.00 |
| Project and Construction Management | Phase 2 | $174,424.00 |
| Project and Construction Management | Phase 3 | $180,653.00 |
| Project and Construction Management | Phase 4 | $168,186.00 |
| Pole Placement and Pole Make-Ready | Phase 1 | $0.00 |
| Pole Placement and Pole Make-Ready | Phase 2 | $0.00 |
| Pole Placement and Pole Make-Ready | Phase 3 | $0.00 |
| Pole Placement and Pole Make-Ready | Phase 4 | $0.00 |
| Middle/Last Mile Construction Material | Phase 1 | $1,143,695.00 |
| Middle/Last Mile Construction Material | Phase 2 | $1,591,228.00 |
| Middle/Last Mile Construction Material | Phase 3 | $1,591,228.00 |

| | | |
|---|---|---|
| Middle/Last Mile Construction Material | Phase 4 | $1,243,140.00 |
| Middle/Last Mile Construction Labor | Phase 1 | $2,243,102.00 |
| Middle/Last Mile Construction Labor | Phase 2 | $4,486,204.00 |
| Middle/Last Mile Construction Labor | Phase 3 | $4,486,204.00 |
| Middle/Last Mile Construction Labor | Phase 4 | $4,486,195.00 |
| Customer Premise Labor | Phase 1 | $482,508.00 |
| Customer Premise Labor | Phase 2 | $965,016.00 |
| Customer Premise Labor | Phase 3 | $965,016.00 |
| Customer Premise Labor | Phase 4 | $965,010.00 |
| Customer Premise Installation | Phase 1 | $154,774.00 |
| Customer Premise Installation | Phase 2 | $309,548.00 |
| Customer Premise Installation | Phase 3 | $309,548.00 |
| Customer Premise Installation | Phase 4 | $309,540.00 |
| Towers construction and Tower improvement /Installation costs | Phase 1 | $0.00 |
| Towers construction and Tower improvement /Installation costs | Phase 2 | $0.00 |
| Towers construction and Tower improvement /Installation costs | Phase 3 | $0.00 |
| Towers construction and Tower improvement /Installation costs | Phase 4 | $0.00 |
| Construction Labor Travel Expenses | Phase 1 | $0.00 |
| Construction Labor Travel Expenses | Phase 2 | $0.00 |
| Construction Labor Travel Expenses | Phase 3 | $0.00 |
| Construction Labor Travel Expenses | Phase 4 | $0.00 |
| | **Total:** | **$26,568,843.00** |

## Equipment (Per item cost over $5,000)

| Item | Phase | Amount |
|---|---|---|
| Middle/Last Mile Construction Equipment | Phase 1 | $0.00 |
| Middle/Last Mile Construction Equipment | Phase 2 | $0.00 |
| Middle/Last Mile Construction Equipment | Phase 3 | $0.00 |
| Middle/Last Mile Construction Equipment | Phase 4 | $0.00 |
| Customer Premise Equipment | Phase 1 | $85,810.00 |
| Customer Premise Equipment | Phase 2 | $171,620.00 |
| Customer Premise Equipment | Phase 3 | $171,620.00 |
| Customer Premise Equipment | Phase 4 | $171,611.00 |
| Towers and Tower improvement | Phase 1 | $0.00 |
| Towers and Tower improvement | Phase 2 | $0.00 |
| Towers and Tower improvement | Phase 3 | $0.00 |
| Towers and Tower improvement | Phase 4 | $0.00 |
| | **Total:** | **$600,661.00** |

## Miscellaneous

| Item | Phase | Amount |
|---|---|---|
| Other Eligible Costs - Must be detailed in the budget workbook | Phase 1 | $0.00 |
| Other Eligible Costs - Must be detailed in the budget workbook | Phase 2 | $0.00 |
| Other Eligible Costs - Must be detailed in the budget workbook | Phase 3 | $0.00 |
| Other Eligible Costs - Must be detailed in the budget workbook | Phase 4 | $0.00 |
| | **Total:** | **$0.00** |

## Contingencies

| Item | Phase | Amount |
|---|---|---|
| Contingencies | Phase 1 | $261,737.35 |
| Contingencies | Phase 2 | $433,418.00 |
| Contingencies | Phase 3 | $433,729.45 |
| Contingencies | Phase 4 | $415,698.20 |
| | **Total:** | **$1,544,583.00** |

## Requested and Matched Amounts

| Source | Amount | Type | Description | Secured |
|---|---|---|---|---|
| FUND-001196 | $24,327,189.00 | Federal | Broadband Equity, Access, and Deployment (BEAD) | |
| FUND-001521 | $8,109,062.00 | Cash Match | Cash Match | Yes |