**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| | |
|---|---|
| October 1, 2026 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
| In re:<br><br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423 MER<br><br>Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| U.S. Trustee | | Counsel | Alan Motes |
| Debtor | | Counsel | Matthew Campbell |
| Creditor | CooperReilly Investment Fund, LLC | Counsel | Matt Faga, Patrick Akers |
| Creditor | Sonoran Capital Advisors | Counsel | David Laird |
| Creditor | | Counsel | |
| Creditor | | | |

Proceedings:

Evidentiary Hearing on the Motion to Excuse Receiver's Turnover Filed by CooperReilly Investment Fund, LLC, and the Debtor's Objection Thereto.

---

Orders:

For the reasons stated on the record, the Motion is GRANTED. A separate order will enter.

For the reasons stated on the record and pursuant to Fed. R. Bankr. P. 9006(c), the Debtor's answer to the complaint filed by CooperReilly in Adv. Proc. No. 26-01240-MER shall be filed **on or before October 15, 2026.**

**On or before October 15, 2026**, the Debtor shall file amended, detailed schedules containing all current assets of the Debtor, including any passwords.

A video status conference will be held on **October 22, 2026, at 11:00 a.m.** All information regarding virtual appearances can be found on the Court's website at https://www.cob.uscourts.gov/judges/judge-michael-e-romero-mer.

---

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: ______________________
Deputy Clerk