**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING**
**MOTION TO EXCUSE RECEIVER'S TURNOVER PURSUANT TO 11 U.S.C. § 543(d)(1)**

THIS MATTER comes before the Court on the *Motion to Excuse Receiver's Turnover Pursuant to 11 U.S.C. § 543(d)(1)* (the "**Motion**") filed by CooperReilly Investment Fund, LLC ("**CR**"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. To the extent Sonoran Capital Advisors (the "**Receiver**") is in possession, custody, or control of Maverix LLC's (the "**Debtor**") personal property, the Receiver is excused from complying with 11 U.S.C. § 543(a) and (b).

3. Until further notice of this Court, the Receiver is authorized to continue holding the Debtor's property currently in the Receiver's possession.

4. Nothing in this Order determines ownership of any property in dispute in this case.

IT IS SO ORDERED.

Dated: October 2, 2026.

United States Bankruptcy Court

[1] Capitalized terms not defined herein shall have their same meaning as set forth in the Motion.