**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| | |
|---|---|
| October 14, 2026 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
| In re:<br><br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423 MER<br><br>Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| U.S. Trustee | | Counsel | Sam Boughner |
| Debtor | | Counsel | Matthew Campbell |
| Creditor | CooperReilly Investment Fund, LLC | Counsel | Patrick Akers |
| Creditor | Sonoran Capital Advisors | Counsel | David Laird |
| Creditor | | Counsel | |
| Creditor | | | |

Proceedings:

Initial Chapter 11 Status Conference.

Orders:

Status Conference held and concluded.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: ______________________________
Deputy Clerk