**Fill in this information to identify the case:**

Debtor name: Maverix, LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 26-16423-MER Chapter 11

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | NOC colocation license, Suite 1060, cabinet RR 10.01.02B, 910 15th Street, Denver; Debtor is licensee | CoreSite Denver, L.L.C. (DE1), successor to DGEB MMR, LLC<br>c/o CoreSite L.P., 1001 17th Street, Suite 500<br>Denver, CO 80202 |
| | **State the term remaining** | Month to month | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Fiber Optic Master License Agreement No. 22-05 (effective 03/10/2022), City of Aurora rights of way; Debtor is licensee | City of Aurora, Public Works<br>15151 E. Alameda Parkway, Suite 3200<br>Aurora, CO 80012 |
| | **State the term remaining** | 5 years from City approval; renews for 5 years | |
| | **List the contract number of any government contract** | City of Aurora MLA No. 22-05 | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Easement Agreement dated 09/08/2022: perpetual easement and cabinet-site lease for the Debtor's Warsaw network cabinet, 339 Warsaw Drive, Parker; Debtor is grantee | Devin Noel<br>339 Warsaw Drive<br>Parker, CO 80138 |
| | **State the term remaining** | Perpetual | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Cabinet-site access arrangement with The Farm at Running Creek, 38150 County Road 13, Elizabeth (site of a network cabinet of the Debtor); Debtor is the party granted access | The Farm at Running Creek<br>38150 County Road 13<br>Elizabeth, CO 80107 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Storage-yard arrangement in place since 2022, 1490 County Road 186, Parker; Debtor has the right to occupy. The Debtor's equipment and fiber installation materials have been kept at the yard (Schedule A/B, Parts 5 and 8) | Tommy Thrasher, Sr.<br>1490 County Road 186<br>Parker, CO 80138 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor: Maverix, LLC
Name

Case number (if known): 26-16423-MER

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| No. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Residential tenancy (one of two) at the Debtor's property, 3144 County Road 186, Parker; Debtor is landlord | Residential tenant (individual; name on file with the Debtor)<br>3144 County Road 186<br>Parker, CO 80138 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Residential tenancy (two of two) at the Debtor's property, 3144 County Road 186, Parker; Debtor is landlord | Residential tenant (individual; name on file with the Debtor)<br>3144 County Road 186<br>Parker, CO 80138 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Registration Services Agreement for internet number resources: Org ML-1400, AS398998, 74.81.169.0/24 and 2602:FCF1::/36; Debtor is registrant | American Registry for Internet Numbers, Ltd. (ARIN)<br>PO Box 232290<br>Centreville, VA 20120 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Payment gateway agreement, Authorize.Net gateway 2315580 (merchant descriptor MAVERIXBROADBAND), including eCheck.Net; Debtor is merchant | Authorize.Net (a Visa solution)<br>Mailing address not known to the Debtor |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | IP transit service, account MAVERIXL00001; Debtor is customer | Cogent Communications<br>PO Box 791087<br>Baltimore, MD 21279-1087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | IP transit port and cross-connect, circuit HE7077452, 910 15th Street, Denver; Debtor is customer | Hurricane Electric LLC<br>760 Mission Court<br>Fremont, CA 94539 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Internet exchange peering port, IX-Denver (IX West); Debtor is participant | IX-Denver / IX West<br>9878 W. Belleview Avenue, #5134<br>Denver, CO 80123 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor Maverix, LLC
Name

Case number (*if known*) 26-16423-MER

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Dark fiber and fiber transport service orders under Zayo accounts 039087 and 047157 (in the Debtor's trade name), including service order 2360185; Debtor is customer | Zayo Group, LLC<br>1821 30th Street, Unit A<br>Boulder, CO 80301 |
| | **State the term remaining** | Order 2360185 to 09/10/2034; others Unknown | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Agreement dated 08/26/2024: storage of the Debtor's materials at TSR's Denver yard; Debtor is customer | TSR ComSupply<br>2635 S. Santa Fe Drive, Suite 3H<br>Denver, CO 80223 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment lease, contract 500-50421252 (08/03/2022), Vermeer PTX44 and PTX42 trenchers; Debtor is lessee. Also listed on Schedule D, line 2.4 | De Lage Landen Financial Services, Inc. (LeaseDirect)<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2._ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |