**Fill in this information to identify the case:**

Debtor name Maverix, LLC

United States Bankruptcy Court for the: ____________ District of Colorado (State)

Case number (If known): 26-16423-MER

☑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**

Community Banks of Colorado, a division of NBH Bank, N.A.

**Creditor's mailing address**

PO Box 26528
Kansas City, MO 64196-6528

**Creditor's email address, if known**

**Date debt was incurred** 10/25/2022

**Last 4 digits of account number** 8 0 1 3

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Real property, 3144 County Road 186, Parker, CO 80138 (Elbert County). The claim against the Debtor is limited to the Debtor's interest in this property.

Column A: $ 623,789.56 — Column B: $ 846,200.00

**Describe the lien**

Deed of trust; the borrower is David R. Lindauer (Schedule H)

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2 Creditor's name**

CooperReilly Investment Fund, LLC

**Creditor's mailing address**

c/o Markus Williams LLC, 1775 Sherman Street, Suite 1950, Denver, CO 80203

**Creditor's email address, if known**

**Date debt was incurred** 03/22/2024

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All personal property

Column A: $ 12,661,047.20 — Column B: $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 13,408,569.32

## Part 1: Additional Page

Column A — **Amount of claim** Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**

CooperReilly Investment Fund, LLC
(Receiver's Certificates)

**Creditor's mailing address**

c/o Markus Williams LLC, 1775 Sherman Street, Suite 1950, Denver, CO 80203

**Creditor's email address, if known**

**Date debt was incurred** 01/28/2026 to 07/31/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All personal property

Column A: $ 91,447.31 — Column B: $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**2.4 Creditor's name**

De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road
Wayne, PA 19087

**Creditor's email address, if known**

**Date debt was incurred** 08/03/2022

**Last 4 digits of account number** 1 2 5 2

**Do multiple creditors have an interest in the same property?**

- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vermeer PTX44 and PTX42 trenchers (UCC-1 20222077957)

Column A: $ 32,285.25 — Column B: $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed