**Fill in this information to identify the case:**

Debtor name Maverix, LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 26-16423-MER

☑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Maverix Broadband, Inc. | 10940 S. Parker Road (Street)<br>Suite 418<br>Parker (City) CO (State) 80134 (ZIP Code) | CooperReilly Investment Fund, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Viath, Inc. | 10940 S. Parker Road (Street)<br>Suite 418<br>Parker (City) CO (State) 80134 (ZIP Code) | CooperReilly Investment Fund, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Maverix Broadband, Inc. | 10940 S. Parker Road (Street)<br>Suite 418<br>Parker (City) CO (State) 80134 (ZIP Code) | CooperReilly Investment Fund, LLC (Receiver's Certificates) | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | David R. Lindauer | 2755 Winter Way (Street)<br>Parker (City) CO (State) 80138 (ZIP Code) | Community Banks of Colorado, a division of NBH Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | David R. Lindauer | 2755 Winter Way (Street)<br>Parker (City) CO (State) 80138 (ZIP Code) | De Lage Landen Financial Services, Inc. (guaranty) | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |