**Fill in this information to identify the case:**

Debtor name Maverix, LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 26-16423-MER

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 846,200.00 plus Unknown |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 7,712.61 plus Unknown |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 853,912.61 plus Unknown |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 13,408,569.32 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 8,026,651.26 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 21,435,220.58 |