**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Committee of Unsecured Creditors in this chapter 11 case:

- Prodigy Excavating LLC
  c/o Stephen Smith
  43455 Ptarmigan Ranch Street
  Parker, CO 80138-4765
  Tel.: (303) 931-8242
  Email: steve@prodigyexcavating.com

- Core Industries, LLC
  c/o Chris Pfeifer
  365 Vienna Dr.
  Parker, CO 80138
  Tel.: (303) 243-1169
  Email: cpfeifer1982@yahoo.com

- CSMK, LLC dba A-Mac Underground
  c/o Shellie Miller & Mike Norden
  57625 E CR 46
  Strasburg, CO 80136
  Tel: (303) 564-3823; (720) 281-7881
  Email: shellie@amacunderground.com; mike@amacunderground.com

Dated: October 16, 2026

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov