IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION**

**FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

THIS MATTER comes before the Court on Debtor's Motion For Appointment Of Chapter 11 Trustee, The Court, is advised in the premises and hereby concludes as follows:

ORDERS the motion is granted, the United States Trustee is authorized to appoint a Chapter 11 Trustee. The Court

FURTHER ORDERS the status conference set for October 22, 2026, is VACATED. A new status conference will be scheduled upon the appointment of a Chapter 11 Trustee.

Dated: October 16, 2026.

BY THE COURT:



United States Bankruptcy Judge