**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

**Maverix LLC**

Debtor(s).

Case No. 26-16423 MER

Chapter 11

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been set for a telephonic hearing before the Honorable Michael E. Romero to be held on a trailing docket **on November 18, 2026, at 1:30 p.m.** Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: Amended Application to Employ Matthew Campbell as Counsel For Debtor (ECF Docket No. 82); and Objection filed by the US Trustee.

All information regarding telephonic appearances, including the phone number, is available on the Court's website at: https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED October 19, 2026

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Raul Cosio, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508