| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br><br>Plaintiff: **COOPERREILLY INVESTMENT FUND, LLC,**<br><br>v.<br><br>Defendants: **MAVERIX LLC, MAVERIX BROADBAND, INC., and VIATH, INC.** | DATE FILED<br>May 18, 2026 11:24 AM<br>CASE NUMBER: 2026CV30150 |
| | Case No.: 2026CV30150<br><br>Div.: 409 |

**ORDER RE: RECEIVER'S UNOPPOSED MOTION TO ABANDON RIGHTS, INTERESTS, AND DUTIES RELATED TO POTENTIAL BEAD GRANTS**

THIS MATTER, having come before the Court on Receiver's Unopposed Motion to Abandon Rights, Interests, and Duties Related to Potential BEAD Grants (the "Motion"), and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Potential BEAD Grants, as defined in the Motion, are deemed abandoned from the Receivership Estate and neither Receiver nor the Receivership Estate shall have any rights, interests, or duties related to the Potential BEAD Grants or the projects related thereto. The Potential BEAD Grants, and all rights, interests, and duties related thereto, revert to Defendants Maverix LLC and Maverix Broadband, Inc.

DATED: May 18, 2026

BY THE COURT:

[signature]

District Court Judge