**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

---

**APPLICATION FOR ORDER APPROVING UNITED STATES TRUSTEE'S APPOINTMENT OF TRUSTEE**

---

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Jared C. Walters as Trustee, and in support thereof, states as follows:

1. By Order entered October 16, 2026, the Court ordered the Applicant to appoint a chapter 11 trustee in the above-captioned case.

2. On October 20, 2026, the Applicant appointed Jared C. Walters as Trustee in the above captioned case.

3. Counsel for the Applicant contacted parties who had appeared by counsel in this case as well as the creditors appointed to the Official Committee of Unsecured Creditors. The UST received comments from counsel for the Debtor and counsel for CooperReilly Investment Fund, LLC.

4. To the best of the Applicant's knowledge, Mr. Walters's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of Jared C. Walters as Trustee in the above-captioned case.

Dated: October 20, 2026

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Alan K. Motes

By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov