**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

---

**NOTICE OF APPOINTMENT OF TRUSTEE**

---

To: Jared C. Walters
PO Box 804
Eagle, CO 81631- 0804

Pursuant to the Order of this Court entered on October 16, 2026, directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Jared C. Walters to serve as the chapter 11 trustee.

The United States Trustee set an initial chapter 11 trustee bond in the amount of $2,500. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made on October 20, 2026.

Dated: October 20, 2026

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov