**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**VERIFIED STATEMENT OF JARED C. WALTERS**

I, Jared C. Walters, hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: (If you have no connections, write "none".)

Since 2011, I have served as a trustee on the panel of chapter 7 trustees in the United States Bankruptcy Court for the District of Colorado. I have also been appointed as a chapter 11 trustee and a distribution receiver. In those capacities, I have been and am supervised by the Office of the United States Trustee.

The following attorneys, law firms and accountants who have entered appearances in this case have, at one time or another, represented me in my capacity as a chapter 7 trustee:

- Markus Williams, LLC;

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

Date: 10/20/26

Jared C. Walters