**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER APPROVING APPOINTMENT OF TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving the appointment of Jared C. Walters as Trustee in the above-captioned case, it is hereby

ORDERED that the appointment is approved.

Dated: October ___, 2026

BY THE COURT:

____________________________
Michael E. Romero, Judge
United States Bankruptcy Court