**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Maverix LLC, | ) | Case No. 26-16423-MER |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2026, a complete copy of the Application for Order Approving United States Trustee's Appointment of Trustee, its attachments, and proposed order were served on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney Patrick R. Akers, via CM/ECF
- Attorney Matthew Craig Campbell, via CM/ECF
- Attorney Shawn Christianson, via CM/ECF
- Attorney Matthew T. Faga, via CM/ECF
- Attorney David A. Laird, via CM/ECF
- Attorney J. Gregory McAuliffe, via CM/ECF
- Attorney Morgan Stanley, via CM/ECF
- Attorney Benjamin Wieck, via CM/ECF
- Trustee Jared Walters, via email

Dated: October 20, 2026

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
Alan.Motes@usdoj.gov