**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**In re Maverix LLC, Debtor. Case No. 26-16423-MER. Chapter 11.**

**NOTES TO MONTHLY OPERATING REPORTS FOR THE PERIODS ENDED AUGUST 31, 2026 AND SEPTEMBER 30, 2026**

These notes are part of each report and explain the figures reported and the supporting documents that cannot yet be provided.

**1. Reporting periods.** The petition was filed at 11:58 p.m. MDT on August 30, 2026 and was docketed August 31, 2026. The first report covers August 30 and 31, 2026. The second covers September 2026.

**2. The Debtor has no bank account; no bank statements can be attached.** The Debtor's only operating account, at Wells Fargo, closed on June 27, 2024. Its debtor-in-possession account is being opened and was not open during either period. No bank statements or reconciliations exist for these periods.

**3. The Receiver holds the Debtor's property and revenue and has reported none of it to the Debtor.** Sonoran Capital Advisors, LLC (the "Receiver"), appointed in Denver District Court Case No. 2026CV30150, continues to hold the Debtor's property under this Court's order authorizing it "[u]ntil further notice of this Court ... to continue holding the Debtor's property currently in the Receiver's possession" (Docket No. 87 ¶ 3). Customer payments for the Debtor's business are collected into accounts titled to Maverix Broadband, Inc. that the Receiver controls. The Debtor claims the balances in those accounts (Docket No. 72 at 10). Since the petition date the Receiver has not reported to the Debtor any amount it has collected for the Debtor's business or property, or any payment it has made for the Debtor or from the Debtor's property.

- **Records requested and not provided.** The Debtor requested the records needed for these reports on October 6, 2026. The Receiver's counsel declined most of the request by letter of October 9, 2026, and the Receiver's October 14, 2026 production contains no bank statements after April 2026 and no record of any receipt or disbursement after August 31, 2026.
- **No access to the books.** The company's accounting system, NetSuite, lapsed under the Receiver's administration. The Receiver keeps the books in an accounting file to which the Debtor's management has no access.

The figures in these reports therefore show only what the Debtor can verify from its own records. They do not include receipts collected, or disbursements made, by the Receiver. The Debtor cannot determine whether the Receiver paid any obligation of the Debtor during these periods. The Debtor will amend these reports when the Receiver provides an accounting.

**4. Rent.** The Receiver turned over the Debtor's real property at 3144 County Road 186, Parker, Colorado shortly after the petition date. The Community Banks of Colorado loan was then about two months behind. The Receiver had collected rent on the property and has not remitted it to the Debtor, and no cash came back with the property. The Debtor received no rent in August or September 2026. On October 1, 2026 it received rent checks from the property's two tenants: $3,900.00 covering September and October from one tenant, and $2,700.00 for one month from the other. The checks are held, undeposited, until the debtor-in-possession account opens, and they will be reported in the October 2026 report.

**5. Professionals.** No professional fees have been approved or paid by the Debtor. On September 15, 2026, Maverix Enterprise Holdings, Inc., a third party, paid proposed counsel a $30,000 retainer. The retainer is held in trust pending approval of counsel's employment (Docket No. 82), and no part of it has been applied to fees. It is reported in the September report as a disbursement made by a third party for the benefit of the estate. Because it has not been paid for services, it is not reported as a payment to a professional in Part 5. Counsel's employment and the United States Trustee's objection (Docket No. 105) are set for hearing on November 18, 2026 (Docket No. 110).

**6. Taxes.** The Debtor has no employees and incurred no payroll taxes. It is a single-member limited liability company disregarded for federal income tax purposes, so no separate income tax return of the Debtor was due in either period. The return of its sole member, Maverix Broadband, Inc., has not yet been filed. The accounting records needed to prepare it are held by the Receiver, the accounting system lapsed under the Receiver's administration, and the records have been requested repeatedly and not provided.

**7. Insurance.** The insurance answers are based on the policies the Receiver has produced and on the Debtor's understanding that they remain in force:

- the general liability and umbrella policy Z24 M019215 01 (April 20, 2026 to April 20, 2027), whose named insureds include Maverix LLC;
- the commercial auto coverage;
- the dwelling policy on the Parker property, which is paid through the mortgage escrow.

The Receiver makes and records premium payments and has not provided payment records for every policy. The Debtor has no employees, so it reports no workers' compensation coverage.

**8. Balance sheet: assets at recorded book value, plus Unknown.** The form calls for the net value (cost less accumulated depreciation) of noncurrent assets. Part 2 therefore reports assets at the book value or cost recorded for each item in the Debtor's amended Schedule A/B (Docket No. 98), not at the current values in that schedule's last column. The schedules total those current values at $853,912.61 plus Unknown (Docket No. 102, line 1c). As in the schedules, each figure is plus Unknown:

- **Accounts receivable: $0.00 plus Unknown.** Subscriber receivables (about 1,801 accounts) and rent receivable are scheduled at an unknown value; the billing aging is held by the Receiver (line 11).
- **Inventory: $1,830,904.33 at book value,** being fiber installation materials ($1,707,765.04) and goods held for resale ($123,139.29) (lines 19 and 21).
- **Total current assets: $1,838,616.94 plus Unknown.** This is inventory plus $7,712.61 of rent collected and held by the Receiver (line 74.2).
- **Total assets: $14,382,958.58 plus Unknown.** This consists of the fiber outside plant, $10,028,706.77 (line 50.1); the Parker property, $868,548.50 net book value (line 55.4); capitalized engineering and development, $631,165.56 (lines 64.16-64.17); backbone electronics, $446,576.61 (line 50.2); construction and network equipment, $428,007.95 (lines 50.3-50.17); vehicles and trailers, $121,176.25 (line 47); and the inventory and other items scheduled at book value. It excludes items scheduled without a recorded value, including permits, customer accounts, intangibles and the Debtor's claims against third parties (lines 62-64 and 71-76).

Several figures are cost without accumulated depreciation, because the depreciation records are in books held by the Receiver; they will be updated when those records are provided. Liabilities are reported as scheduled and include claims listed in unknown amounts. Ownership of the network assets is in dispute in Adversary Proceeding No. 26-01240, and property and receipts held by the Receiver are not included.

**9. Quarterly fees.** The United States Trustee quarterly fee for the third quarter of 2026 is not yet due. It will be paid when due.