IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 26-16423-MER |
| MAVERIX LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**WAIVER AND ACCEPTANCE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION**

I, Matthew Craig Campbell, Esq., attorney for Maverix LLC, am authorized to and do hereby accept service of the Subpoena to Produce Documents and Information in the above captioned matter on behalf of Maverix LLC, as if served personally. I hereby waive any further service, this Waiver and Acceptance of Service being in lieu thereof.

Date: October 20, 2026

/s/ Matthew C Campbell

Matthew Craig Campbell
Law Offices of Matthew C Campbell LLC
170 E 12th St Ste 9
Durango, CO 81301
Phone: 970-422-4270
Fax : 970-478-0178