**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423-MER<br><br>Chapter 11 |

**ACCEPTANCE OF TRUSTEE APPOINTMENT PURSUANT TO RULE 2008**

Pursuant to Fed. R. Bankr. P. 2008, I, Jared C. Walters, accept the appointment of Chapter 11 trustee in the above-captioned bankruptcy case.

Dated this 23rd day of October, 2026

/s/ Jared C. Walters

Jared C. Walters
PO Box 804
Eagle, CO 81631
Phone: 970-456-3395
Email: jcwalters7@gmail.com