**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423 MER<br><br>Chapter 11 |

## ORDER TO FILE

THIS MATTER comes before the Court on the Motion Pursuant to L.B.R. 4001-5 for Order Confirming Absence of the Automatic Stay ("**Motion**") filed by the State of Colorado, Governor's Office of Information Technology's Colorado Broadband Office (the "**State**"), and the Debtor's response thereto.[1]

The State filed the instant Motion on October 1, 2026. The Motion seeks a comfort order determining that the State may proceed with claims against certain non-debtors, and that the automatic stay does not apply to certain state and federal grants (collectively, "**Grant Agreements**") issued to non-debtor Maverix Broadband, LLC ("**MXBB**"). The Debtor filed a response to the Motion on October 19, 2026. In the response, the Debtor contends it does not oppose a comfort order as to the State's pursuit of claims against non-debtor entities, but that it does take issue with any order that would confirm the automatic stay does not apply to the Grant Agreements. In particular, the Debtor cites a May 18, 2026, order entered in the state court case wherein the receiver abandoned the Grant Agreements, and they reverted to the Debtor and MXBB.[2]

On October 20, 2026, the United States Trustee filed a motion to appoint Jared C. Walters as the Chapter 11 Trustee for the Debtor's estate. The Court approved Mr. Walters as Chapter 11 Trustee on October 22, 2026, and Mr. Walters accepted the appointment on October 23, 2026. Given a Chapter 11 Trustee has now been appointed to oversee the estate, the Court

ORDERS on or before **November 13, 2026**, the Chapter 11 Trustee shall file a status report with the Court indicating whether he ratifies the Debtor's response to the Motion or, if he does not oppose the entry of a comfort order as requested by the State.

---

[1] ECF Nos. 84 & 111.

[2] ECF No. 111, Ex. 1, May 18, 2026, Order Re: Receiver's Unopposed Motion to Abandon Rights, Interests, and Duties Related to Potential BEAD Grants, entered in Case No. 2026CV30150.

Dated: October 23, 2026.

BY THE COURT

Michael E. Romero, Judge
United States Bankruptcy Court