IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 26-16423-MER |
| MAVERIX LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**WAIVER AND ACCEPTANCE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION**

I, John Goutell, Esq., attorney for Viath, Inc., am authorized to and do hereby accept service of the Subpoena to Produce Documents and Information in the above captioned matter on behalf of Viath, Inc., as if served personally. I hereby waive any further service, this Waiver and Acceptance of Service being in lieu thereof.

Date: October 25, 2026



John Goutell
The Minerva, LLC
5215 Rustler Trail
Parker, CO 80134
Phone: (303) 489-8355
Email: john@theminerva.com