**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAVERIX LLC | ) | Case No. 26-16423-MER |
| TAX ID / EIN: 85-2283294, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## APPLICATION TO EMPLOY BALLARD SPAHR LLP AS COUNSEL FOR THE TRUSTEE

Jared Walters, as chapter 11 trustee ("Trustee") for the above-captioned bankruptcy estate, for his Application to Employ Ballard Spahr LLP as Counsel (this "Application"), states as follows:

1. On August 31, 2026 (the "Petition Date"), Maverix LLC (the "Debtor") filed their voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code"), commencing bankruptcy case number 26-16423-MER.

2. On October 20, 2026 the United States Trustee filed a motion to appoint the Trustee as chapter 11 trustee, which the Court approved on October 22, 2026. The Trustee accepted his appointment on October 23, 2026.

3. The Trustee is the duly appointed chapter 11 trustee in the Debtor's bankruptcy case.

4. The Trustee has retained, subject to Court approval, the law firm of Ballard Spahr LLP ("Ballard") to represent him in the Debtor's bankruptcy case.

5. The Trustee has selected Ballard because it has experience in bankruptcy matters of this kind and the Trustee believes the firm is qualified to represent him in this case. A copy of

the Verified Statement of Theodore J. Hartl in support of this application is attached to this Application as **Exhibit A**.

6. The professional services which Ballard will render to the Trustee include the following:

a. Investigation of any and all legal proceedings to collect assets of the bankruptcy estate, including but not limited to, prosecution of adversary proceedings pursuant to 11 U.S.C. §§ 510, 541 through 552, and related compromises;

b. Investigation and, if necessary, prosecution of contested matters including, but not limited to, contested matters arising from objections to claims;

c. Investigation and liquidation of property of the Debtor's bankruptcy estate;

d. Investigation of the Debtor's prepetition financial transactions;

e. Preparation, on behalf of the Trustee, of any necessary applications, complaints, answers, motions, orders, reports, and other pleadings and documents; and

f. Any and all other services necessary to assist the Trustee in carrying out his duties under the Bankruptcy Code.

7. It is necessary for the Trustee to employ counsel for professional services as this case involves the potential recovery of assets that may benefit creditors of the estate. Ballard has not received a retainer in this matter and requests that its employment be made effective *nunc pro tunc* to the date of this Application.

8. Ballard states, pursuant to Fed. R. Bankr. P. 2016(b) that it has not shared or agreed to share: (i) any compensation which it has received or may receive with another party or person, other than with the counsel and associates of Ballard; or (ii) any compensation another person or party has received or may receive.

9. Compensation for the services provided by Ballard shall be paid at the customary hourly rates charged by its attorneys and will be subject to approval by the Bankruptcy Court

under applicable law and any orders of the Court. The attorneys and professionals that Ballard anticipates will work on matters related to the Debtor's bankruptcy case, and their current hourly rates, include: Theodore J. Hartl, partner ($550/hour for this case, discounted from $1,070/hour regular national rate) and paralegals ($175/hour). Ballard's hourly rates for associates range from $300/hour to $450/hour. Ballard adjusts its hourly rates each calendar year.

10. Ballard has reviewed the list of creditors for potential conflicts in the Debtor's case. To the best of Ballard's knowledge, and as attested in Exhibit A, Ballard discloses that it has represented certain creditors identified in the Debtor's schedules in matters wholly unrelated to the Debtor or the Bankruptcy Case, and has business relationships with certain entities, or their affiliates or subsidiaries, including De Lage Landen Financial Services, Inc. and its affiliates (the "Unrelated Representations"). Ballard does not believe that these Unrelated Representations pose a conflict at this time, and has no further connection with the Debtor, the creditors, the United States Trustee, or any other party in interest in this matter.

11. The Unrelated Representations do not affect Ballard's ability to be a disinterested person as defined by 11 U.S.C. § 101(14) for purposes of this engagement. As the Debtor's case proceeds, Ballard and the Trustee will supplement this application with additional disclosures and notices as necessary and appropriate upon discovery of any potential conflicts; if the Trustee requires services that create an actual or perceived conflict with respect to the Unrelated Representations, he will retain alternate counsel for those matters.

12. Based upon the Verified Statement of Theodore J. Hartl in Support of this Application, the Trustee believes that Ballard: (i) does not represent or hold any interest adverse to the Debtor or the estate in the matter upon which it is to be employed or in any other matters; (ii) does not have any connection to the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the

Office of the United States Trustee; and (iii) is a disinterested person within the meaning of § 101(14).

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Court grant the relief requested in this application and order such other relief as deemed appropriate.

Dated: October 28, 2026.

**BALLARD SPAHR LLP**

By: */s/ Theodore J. Hartl*
Theodore J. Hartl, #32409
1800 Larimer Street Suite 1600
Denver, CO 80202
Direct 303.454.0528
hartlt@ballardspahr.com

*Proposed Counsel for Jared Walters, Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, true and correct copies of the foregoing **APPLICATION TO EMPLOY BALLARD SPAHR LLP AS COUNSEL FOR THE TRUSTEE** were served via CM/ECF to all parties entitled to receive such service, and via U.S. Mail to the parties identified in the attached list.

*/s/ Stephanie Agabo*

Label Matrix for local noticing
1082-1
Case 26-16423-MER
District of Colorado
Denver
Wed Oct 28 09:02:24 MDT 2026

CooperReilly Investment Fund, LLC
4395 Harris Trail Northwest
Atlanta, GA 30327-3819

Maverix LLC
2755 Winter Way
Parker, CO 80138-4350

Oracle America, Inc.
Buchalter LLP
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Pinnacol Assurance
McAuliffe Neiman PC
10901 West 120th Avenue, Suite 130
Broomfield, CO 80021-3419

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

A-Mac Underground CSMK LLC dba Amac Undergro
57625 E County Road 46
Denver, CO 80136-9711

ARIN
PO Box 232290
Centerville, VA 20120-8290

AWP Safety
PO Box 738379
Dallas, TX 75373-8379

AWP, Inc.
David C. Hofsess, Esq.
P.O. Box 36963
Canton, OH 44735-6963

Altura Land Consultants
6950 S Tucson Way, Unit C
Centennial, CO 80112-3922

Arrivy, Inc.
10400 NE 4th Street
Bellevue, WA 98004-5174

Atheral LLC
1309 Coffeen Ave Ste 5838
Sheridan, WY, WY 82801-5777

Brad Billman
4509 Winterfield Run
Fort Wayne, CO 46804-4846

Bush Ramirez, PLLC
5615 Kirby Drive, Suite 900
Houston, TX 77005-2452

Cogent Communications
PO Box 791087
Baltimore, MD 21279-1087

Colorado Department Of Revenue
Bankruptcy Unit
PO Box 17087
Denver CO 80217-0087

Colorado Traffic Control
12445 E 39th Ave Suite 307
Denver, CO 80239-3456

Community Banks of Colorado
PO Box 26528
Kansas City, MO 64196-6528

CooperReilly Investment Fund, LLC
1775 Sherman Street, Suite 1950
c/o Markus Williams LLC
Denver, CO 80203-4350

Core Industries LLC
365 Vienna Drive
Parker, CO 80138-4638

CoreSite
1001 17th Street, Suite 500
Denver, CO 80202-2461

David Lindauer
2755 Winter Way
Parker, CO 80138-4350

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Embark Consulting, LLC
333 1st Avenue
Dallas, TX 75226-1914

Fresnel Software Corporation
555 17th Street, Suite 1500
Denver, CO 80202-3900

IRS
PO Box 7346
Philadelphia PA 19101-7346

Lampert Capital Advisors
444 Madison Avenue
New York, NY 10022-6903

Lease Direct
1111 Old Eagle School Road
Wayne, PA 19087-1453

Maverix Enterprise Holdings, Inc.
2755 Winter Way
Parker, CO 80138-4350

NetSuite - Oracle
500 Oracle Parkway
Redwood Shores, CA 94065-1600

Nissan Motor Acceptance Company LLC
PO Box 660360
Dallas, TX 75266-0360

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter LLP
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Peoples Premium Finance
138 Putnam Street
Marietta, OH 45750-2923

Pinnacol Assurance
7501 E Lowry Blvd
Denver, CO 80230-7006

Prodigy Excavating
43455 Ptarmigan Ranch Street Parker
Parker, CO 80138-4765

Rapid Wire
5789 Sheridan Frontage Rd.
Arvada, CO 80002-2832

Ready.Net, Inc
1717 K St NW Ste 900
Washington, DC 20006-5349

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Silverleaf Advisors LLC
9001 Daniels Pkwy 201
Fort Myers, FL 33912-8200

Sonoran Capital Advisors, LLC
1733 N Greenfield Rd
Mesa, AZ 85205-3116

TSR ComSupply
2635 S. Santa Fe Drive Suite 3H
Denver, CO 80223-4429

Tommy Thrasher
1490 County Road 186
Parker, CO 80138-4429

Travelers
385 Washington Street - SB95B
Saint Paul, MN 55102-1309

Tyler Bartholomew
7200 Inspiration Dr
Parker, CO 80138-8605

UNCC
PO Box 208903
Dallas, TX 75320-8903

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Vermeer Sales
5801 E 76th Ave
Commerce City, CO 80022-1061

Vetro, Inc.
12 Mountfort Street
Portland, ME 04101-5367

Viath, Inc.
10940 South Parker Road, Suite 418
Parker, CO 80134-7440

WEX Bank
Attn: Legal / Bankruptcy
1 Hancock Street
Portland, ME 04101-4217

Zayo Group, LLC
1821 30th Street, Unit A
Boulder, CO 80301-1075

Jared Walters
PO Box 804
Eagle, CO 81631-0804

Matthew Craig Campbell
Law Offices of Matthew C Campbell LLC
170 E 12th St Ste 9
Durango, CO 81301-5263

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sonoran Capital Advisors

(u)State Of Colorado

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 54 |
| Bypassed recipients | 2 |
| Total | 56 |