# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAVERIX LLC | ) | Case No. 26-16423-MER |
| TAX ID / EIN: 85-2283294, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

**VERIFIED STATEMENT OF THEODORE J. HARTL IN SUPPORT OF APPLICATION TO EMPLOY BALLARD SPAHR LLP AS COUNSEL FOR THE TRUSTEE**

---

I, Theodore J. Hartl, hereby declare under penalty of perjury:

1. I am employed with the law firm of Ballard Spahr LLP ("Ballard").

2. The attorneys at Ballard are duly admitted to practice law in the state of Colorado and before this Court.

3. Ballard's Denver office is located at 1800 Larimer Street, Suite 1600, Denver, Colorado 80202.

4. Except as set forth in the Application to Employ Ballard Spahr LLP as Counsel for the Trustee (the "Application"), Ballard is unaware of any material connections with the Debtor, creditors, or any other party-in-interest in this case, or their respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, nor represents any interest adverse to the estate.

5. Ballard has conducted an examination, using the firm's internal conflict checking procedures, of entities listed in the Debtor's schedules to determine if Ballard has represented them in this case or in other matters. Based on that examination, Ballard has not and does not represent any creditors or parties in interest concerning the Debtor or this bankruptcy case or otherwise. The "Unrelated Representations" noted in the Application do not present a potential or actual conflict. In the event that any further examination or supplemental conflict review reveals any actual or potential conflicts, Ballard will supplement its disclosures.

6. To the best of my knowledge, Ballard is a disinterested person as that term is used in the Bankruptcy Code for purposes of representing the Trustee in this matter. Ballard holds no interest adverse to the estate with respect to the matters for which Ballard has been retained to represent the Trustee in the Debtor's bankruptcy case.

7. Ballard has not received a retainer in this case. Ballard's fees and requests for reimbursement of expenses will be submitted to the Bankruptcy Court for approval under applicable law.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed October 28, 2026.

Theodore J. Hartl, #32409