IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 26-16423-MER |
| MAVERIX LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**WAIVER AND ACCEPTANCE OF SERVICE OF SUBPOENAS TO PRODUCE DOCUMENTS AND INFORMATION**

I, Caleb Durling, Esq., attorney for Maverix Enterprise Holdings, Inc., End to End Construction, LLC, EngiNuity Works LLC, and Splice Techs, LLC, am authorized to and do hereby accept service, on behalf of each such entity, of the respective Subpoena to Produce Documents and Information directed to it in the above-captioned matter, as if each subpoena had been served personally upon the entity to which it is directed. I hereby waive any further service of those subpoenas, this Waiver and Acceptance of Service being in lieu thereof.

Date: October 30, 2026

*s/ Caleb Durling*

Caleb Durling, #39253
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 292-1200
Facsimile: (303) 292-1300
E-mail: cdurling@foxrothschild.com