**From:** jcwalters7@gmail.com
**To:** "David Lindauer"
**Cc:** "Matthew Campbell"; Patrick R. Akers; Matthew T. Faga; dlaird@fennemorelaw.com; "Hartl, Theodore J."
**Subject:** RE: URGENT Maverix core location HVAC failure
**Date:** Thursday, October 29, 2026 9:45:50 AM

---

David: without getting into the merits of any arguments about who owns what right now, I am cc'ing counsel for the receiver and counsel for CooperReilly, as they need to weigh in on this. To the extent this is the debtor's issue, I have no issue with the proposed repair. Understand that the bankruptcy estate has no present ability to pay for the repairs though. At a very minimum, we need to hear CooperReilly's position on the repair, as its pleadings indicate that it purchased the assets in need of attention prior to the bankruptcy filing.
Jared Walters

---

**From:** David Lindauer <david@maverixbroadband.com>
**Sent:** Thursday, October 29, 2026 9:13 AM
**To:** jcwalters7@gmail.com
**Cc:** Matthew Campbell <matthew@cswlegal.com>
**Subject:** URGENT Maverix core location HVAC failure

Matt suggested I reach out to you directly on this. We have an emergency at the core network location this morning, and I'm honestly not sure how you'd like me to handle it.

The AC unit that cools the room has had a slow refrigerant leak for most of the receivership, and the Receiver has known about it. HVAC techs have come out twice to recharge it, and both times they confirmed the leak. This is at my core location referred to as the "NOC" that is on my personal property and I typically manage it. They have confirmed it would be an environmental concern to recharge it again and that they cannot legally do so. The real fix is to drain the system, find and repair the leak, and recharge it, which they estimated at around $2,000. That repair was never approved.

Last night I started getting overheating alerts from the core switches, and by about 2am the room, which normally sits at 65°F, was at 111°F. This morning customers are posting about outages on Nextdoor ("Is anyone having issues with Maverix Internet service this morning? Keeps going in and out..."), and at 8:53 the core routers started dropping and losing their connection to the backbone switches. Most of the network's traffic runs through this site, and heat at this level is damaging the equipment. The last time I talked to the HVAC company, they were about two weeks out. There are some other open maintenance issues at the site too, but this is the urgent one, and I can send the rest separately.

The reason I'm asking instead of just handling it: in the past the estate's own staff have asked me to step in on emergencies, and I have, including the August 2 outage work, which the customer service team requested and approved ahead of time. The Receiver later refused to pay that invoice, saying the work hadn't been pre-approved, and never answered when I asked whether its staff had the authority to approve it. I don't want to do something today that gets treated as unauthorized, or pay

for it and have it go unacknowledged again.

Can you let me know today whether you'll authorize an emergency HVAC call and a portable cooling unit to hold things over until the leak is fixed, or ask the Receiver to? If you'd like me to arrange it, I just need written confirmation that it will be treated as an estate expense and reimbursed. If the Receiver should handle it, I can send you the HVAC company's contact info and service history right away.

I'm reachable anytime at (317) 413-2297.

Thanks,

--

**David Lindauer**
Founder
Maverix Broadband

(720) 740-0888
david@maverixbroadband.com
MaverixBroadband.com