**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING**
**EMERGENCY UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY**

CooperReilly Investment Fund, LLC ("**CR**") and Sonoran Capital Advisors (the "**Receiver**," and together with CR, "**Movants**"), the court-appointed receiver over Maverix LLC (the "**Debtor**") and Maverix Broadband, Inc., have filed herein an emergency motion for relief from stay (the "**Motion**") for the Receiver to take possession and control of all of the Debtor's property with the exception of (i) the real property commonly known as 3144 County Road 186, Parker, CO 80138 identified at line 55.4 on Docket No. 98 at 12; (ii) the vehicles identified at lines 47.1 to 47.1 on Docket No. 98 at 10; and (iii) the causes of action and claims identified at line 74.1 to 74.4 and 75.1 to 75.8 on Docket No. 98 at 14–15.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the Motion is GRANTED, and the Receiver is hereby granted forthwith relief from stay in order to take possession and control of the property above described, and/or if appliable, to proceed to exercise all of the authorities, duties, powers, and rights set forth in the Receivership Order with respect to possessing and controlling the property above described, but not disposing of the property above described.[1]

The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(3) is waived.

Dated: ______________________________ ______________________________
United States Bankruptcy Judge

[1] Capitalized terms not defined herein shall have their same meaning as set forth in the Motion.