**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF**
**EMERGENCY UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY**[1]

**Part 1. Objection Deadline**

OBJECTION DEADLINE: November 25, 2026

**Part 2. Notice**

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A telephonic hearing on the Motion has been set for December 2, 2026 at 9:30 AM MT. Please call 833-568 8864 – meeting ID 161 090 8955. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this Court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

[1] Contemporaneously with the Motion, CooperReilly Investment Fund, LLC and Sonoran Capital Advisors (together, "**Movants**"), the court-appointed receiver over Maverix LLC and Maverix Broadband, Inc., filed a motion for expedited hearing, pursuant to which Movants seek to set the objection deadline for November 13, 2026 and the hearing date thereafter. To the extent this motion is granted, Movants will provide notice of this change pursuant to Court order.

**Part 3. Signature of Movant's Attorney**

Dated: November 6, 2026

*/s/ Patrick R. Akers*

Matthew T. Faga (41132)
Patrick R. Akers (54803)
Benjamin Wieck (59208)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
mfaga@markuswilliams.com
pakers@markuswilliams.com
bwieck@markuswilliams.com

*Counsel for CooperReilly Investment Fund, LLC*