**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, I served a complete copy of the *Emergency Unopposed Motion for Relief from Automatic Stay* by regular U.S. mail on the parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on November 6, 2026, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Dated: November 6, 2026

*/s/ Patrick R. Akers*

Matthew T. Faga (41132)
Patrick R. Akers (54803)
Benjamin Wieck (59208)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
mfaga@markuswilliams.com
pakers@markuswilliams.com
bwieck@markuswilliams.com

*Counsel for CooperReilly Investment Fund, LLC*

Label Matrix for local noticing
1082-1
Case 25-17804-TBM
District of Colorado
Denver
Fri Nov 6 12:37:45 MST 2026

Adrienne MacIntosh & Ana MacIntosh
9578 Pearl Circle
Unit 106
Parker CO 80134-4219

Advanced Reconstruction
2679 Main Street
Suite 359
Littleton, CO 80120-1950

Advanced Reconstruction, LLC
c/o Michael L. Schlepp
S&D Law
1700 Broadway, Ste. 640
Denver, CO 80290-1723

Patrick R. Akers
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203-4350

Allan C. Gesualdo
P.O. Box 182452
Columbus, OH 43218-2452

Allen & Curry
c/o Theodore A. Wells, Esq.
7887 East Belleview Avenue Suite 1100
Denver, CO 80111-6097

Altitude Community Law
555 Zang Street
Sujite 100
Lakewood, CO 80228-1011

Animal and Pest Control Specialists
3800 E. 64th Ave.
Commerce City, CO 80022-2213

James B. Bailey
1819 5th Ave. North
Birmingham, AL 35203-2120

Robert Samuel Boughner
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Brad Lee Hines
9451 Ashbury Circle
Unit #202
Parker, CO 80134-5589

C.S. Brickwork LLC
1958 Jamaica Street
Aurora, CO 80010-2417

Colorado Department of Revenue
ATTN: Bankruptcy
P.O. Box 17087
Denver, CO 80217-0087

Core Electric Cooperative
5496 US 85
Sedalia, CO 80135-8600

Dale Weidner & Company LLC
8157 Chaparral Road
Lone Tree, CO 80124-3027

Environmental Designs, Inc.
P.O. Box 102180
Pasadena, CA 91189-0089

First Citizens Bank
f/k/a Mutual of Omaha
4950 S. 48th Street
Phoenix, AZ 85040-4818

First Citizens Bank and Trust Company
PO Box 64084
Phoenix, AZ 85082-4084

First-Citizens Bank & Trust Company
c/o Bradley
Attn: James Bailey
1819 Fifth Ave. N.
Birmingham, AL 35203-2120

First-Citizens Bank & Trust Company
100 E. Tryon Road
Raleigh, NC 27603-3581

Jenny M.F. Fujii
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Ste 1720
Denver, CO 80264-1700

Hall Booth Smith, P.C.
c/o Brad Shefrin, Esq.
445 DTC Parkway, Suite 900
Englewood, CO 80111

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kristina Corcoran
c/o Patrick R. Akers
1775 Sherman Street, Suite 1950
Denver, CO 80203-4350

Kristina Corcoran
c/o Theodore A. Wells, Esq.
Allen & Curry 7887 East Belleview Avenue
Denver, CO 80111-6015

Lapointe Holdings, Inc.
d/b/a Everline Coatings and Services
South Denver
1272 Savannah Sparrow Drive
Highlands Ranch, CO 80129-5630

(p)JOLI A LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

M&M Property Management
18695 Pikes Peak Drive
Suite 4160
Parker, CO 80134

David M. Miller
Spencer Fane LLP
1700 Lincoln St.
Suite 2000
Denver, CO 80203-4554

Mutual of Omaha Bank
Cotton Corporate Center
4950 S 48th Street
Phoenix, AZ 85040-4818

(c)OFFICE OF THE ATTORNEY GENERAL
STATE OF COLORADO
1525 N SHERMAN ST STE 700
DENVER CO 80203-1700

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue NW Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
1801 California Street
Suite 1600
Denver, CO 80202-2628

Park it Right
6910 Upham Street
Arvada, CO 80003-3438

Peter Mladinich
9527 Pearl Circle, unit 202
Parker, CO 80134-4205

Republic Services
5075 East 74th Avenue
Commerce City, CO 80022-1536

Rivet Engineering Group LLC
P.O. Box 1238
Parker, CO 80134-1238

Michael L. Schlepp
S&D Law
1700 Broadway
Ste 640
Denver, CO 80290-1723

Simple Sub Water, Inc.
4892 Van Gordon Street
204
Wheat Ridge, CO 80033-2123

State of Colorado
Division of Securities
1560 Broadway Suite 900
Denver, CO 80202-5150

Stonegate Village Metropolitan District
10252 Stonegate Parkway
Parker, CO 80134-3837

The Highlands at Stonegate North Condominium
c/o S&D Law
1700 Broadway, Suite 640
Denver, CO 80290-1723

The Highlands at Stonegate North Condominium
18695 Pony Express Drive, Unit 4160
Parker, CO 80134-1669

Tony Ehrhardt, SCLA
7233 East Butherus Drive
Scottsdale, AZ 85260-2410

Tranquil Grounds Management, LLC
18140 East Caley Circle
Aurora, CO 80016-1174

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Winzenburg, Leff, Purvis & Payne, LLC
350 Indiana Street
Suite 450
Golden, CO 80401-5095

Winzenburg, Leff, Purvis & Payne, LLP
8020 Shaffer Parkway, Suite 300
Littleton, CO 80127-3755

(p)XCEL ENERGY
ATTN BANKRUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027

Xcel Energy
Attn: Bankruptcy Dept
414 Nicollet Mall
Po Box 59
Minneapolis, MN 55401

(d)Xcel Energy
P.O. Box 8
Eau Claire, WI 54702

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Office of the Attorney General
State of Colorado
1525 Sherman Street 7th Floor
Denver, CO 80203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Advanced Reconstruction, LLC
c/o Michael L. Schlepp
S&D Law
1700 Broadway, Ste.640
Denver, CO 80290-1723

(u)Altitude Community Law, P.C.

(u)Kristina Corcoran

(u)Dale Weidner & Company, LLC
8157 Chaparral Road

(u)Christopher M Drake
Smith Jadin Johnson PLLC

(d)Brad Lee Hines
9451 Ashbury Circle Unit #202
Parker, CO 80134-5589

(u)Lone Tree, CO 80124

(d)Stonegate Village Metropolitan District
10252 Stonegate Parkway
Parker, CO 80134-3837

(d)Stonegate Village Metropolitan District
10252 Stonegate Parkway
Parker, CO 80134-3837

End of Label Matrix
Mailable recipients 50
Bypassed recipients 9
Total 59