United States Bankruptcy Court
District of Colorado

In re: Case No. 26-16423-MER
Maverix LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: admin 
Date Rcvd: Nov 09, 2026 Form ID: 237 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maverix LLC, 2755 Winter Way, Parker, CO 80138-4350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Benjamin Wieck | on behalf of Creditor CooperReilly Investment Fund LLC bwieck@markuswilliams.com |
| David A. Laird | on behalf of Interested Party Sonoran Capital Advisors dlaird@fennemorelaw.com loliver@fennemorelaw.com;kshanley@fennemorelaw.com |
| J. Gregory McAuliffe | on behalf of Creditor Pinnacol Assurance gregg@mnpclaw.com |
| Jared Walters | jcWalters7@gmail.com CO09@ecfcbis.com |
| Matthew Craig Campbell | |

| | |
|---|---|
| | on behalf of Counter-Claimant Maverix LLC matthew@cswlegal.com twalters@cswlegal.com |
| Matthew Craig Campbell | on behalf of Debtor Maverix LLC matthew@cswlegal.com twalters@cswlegal.com |
| Matthew T. Faga | on behalf of Creditor CooperReilly Investment Fund LLC mfaga@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com;sschaefer@markuswilliams.com |
| Morgan Stanley | on behalf of Interested Party State Of Colorado morgan.stanley@coag.gov Melissa.Young@coag.gov;Raquel.Mendez@coag.gov;Jenni.Lehman@coag.gov |
| Patrick R. Akers | on behalf of Creditor CooperReilly Investment Fund LLC pakers@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com |
| Patrick R. Akers | on behalf of Plaintiff CooperReilly Investment Fund LLC pakers@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com |
| Shawn Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Theodore J. Hartl | on behalf of Trustee Jared Walters hartlt@ballardspahr.com agabos@ballardspahr.com,ClarkS@ballardspahr.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 14

(COB #237 NtcFilTrans)(02/25)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re: Maverix LLC
Debtor(s)

Case No.
**26-16423-MER**

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript of the proceeding held 10/1/26 was filed in this case on 11/6/26 and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bankr. P. 9037.

Access to this transcript is restricted for ninety (90) calendar days from the date of filing unless extended by court order. To comply with privacy requirements of Fed. R. Bankr. P. 9037, the parties must ensure certain protected information is redacted from transcripts prior to their public availability on PACER.

To review the transcript for redaction purposes, a party may purchase a copy from the transcriber, **AB Litigation Services** at **303-629-8503 or 303-629-8534** or **bpritchard@ablitservices.com or cboone@ablitservices.com** (Transcriber Contact Information), or may view the document at the clerk's office public terminal at no cost. Unless otherwise ordered by the court, each party must review:

- opening and closing statements made on the party's behalf;
- statements of the party; and
- testimony of any witness called by the party.

If redaction is necessary, **within 21 days of the transcript being filed**, a party must send a Request for Redaction ("Request") to the transcriber and file same with the Court. The Request must list the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including ***only the following portions of the protected information***:

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials; and
- the last four digits of the financial account number.

Any additional redaction requires a separate motion and Court approval.

The Judicial Conference has not authorized an additional fee to transcribers for providing redacted transcripts to the Court for the electronic records of the court. When a Request is filed and served on the transcriber, the transcriber is required to provide a redacted copy to the Court only. The original unredacted transcript will be filed as a restricted document. The redacted transcript will be avilable via PACER following the 90 day period.

**Redaction is your responsibility**. Neither the Clerk nor the transcriber will review this transcript for compliance.

Kenneth S. Gardner
**Clerk of Court**