**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAVERIX LLC, | ) | Case No. 26-16423 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING MOTION PURSUANT TO L.B.R. 4001-5**
**FOR ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY**

THIS MATTER having come before the Court on the Motion Pursuant to L.B.R. 4001-5 for Order Confirming Absence of Automatic Stay, filed October 1, 2026 (the “Motion”) filed by the State Of Colorado, Governor’s Office of Information Technology’s Colorado Broadband Office (the “State”), seeking entry of an order pursuant to Rule 4001-5 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Colorado confirming the absence of the automatic stay under 11 U.S.C. § 362. The Court, having reviewed the Motion and being fully advised in the premises, and based on the Chapter 11 Trustee's response finding no opposition to the Motion:

1. The Motion is GRANTED

2. The automatic stay under 11 U.S.C. § 362 is inapplicable to the Grant Agreements executed between the State and non-debtor Maverix Broadband, Inc, the BEAD Agreements awarded to non-debtor Maverix Broadband, Inc., and any claims or causes of action which may be brought by the State against non-debtors Maverix Broadband, Inc., Viath, Inc., David R. Lindauer, Maverix Enterprise Holdings, Inc., End to End Construction, LLC, EngiNuity Works LLC, and Splice Techs, LLC (collectively, the “Non-Debtors”) in the State Court Action. The State may proceed with remedies set forth under the Grant Agreements or state law as to the Non-Debtors.[1]

IT IS SO ORDERED.

Dated: November 13, 2026.

United States Bankruptcy Judge

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Motion.