**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**LIST OF WITNESSES AND EXHIBITS (L.B.F. 9070-1.1)**

CooperReilly Investment Fund, LLC ("**CR**") and Sonoran Capital Advisors (the "**Receiver**," and together with CR, "**Movants**"), the court-appointed receiver over Maverix LLC (the "**Debtor**") and Maverix Broadband, Inc. ("**MXBB**"), hereby designates the following witnesses and exhibits for the final, in-person hearing on the *Emergency Unopposed Motion for Relief from Automatic Stay* [Docket No. 133] (the "**Motion**") set for Friday, November 20, 2026 at 10:00 AM MT at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom C, Fifth Floor, Denver, Colorado 80202.

**Part 1. Witnesses**

CR **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Bryan Perkinson | Mr. Perkinson will testify about the Debtor's and MXBB's operations; the broadband network; control of the network; and David R. Lindauer's actions related to the network. |
| Angie Stearns | Ms. Stearns will testify about the Debtor's and MXBB's operations; the broadband network; control of the network; and David R. Lindauer's actions related to the network. |
| Jared C. Walters | Mr. Walters will testify about the Debtor's operations and reorganization prospects. |

CR **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| David R. Lindauer | Mr. Lindauer may testify about his actions related to the network. |
| Any witness listed or called by another party | |

| | |
|---|---|
| Any witness for purposes of authentication or laying a foundation | |
| Any witness for purposes of rebuttal or impeachment | |

**Part 2. Exhibits**

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Receivership Order | | | |
| 2 | CAN Order | | | |
| 3 | Second Contempt Motion | | | |
| 4 | Lindauer's Automatic Stay Brief | | | |
| 5 | Special Master's September 14, 2026 Order | | | |
| 6 | Special Master's September 16, 2026 Order | | | |
| 7 | Debtor's Objection to CR's Motion for Comfort Order [Docket No. 18] | | | |
| 8 | Amended Schedule A/B [Docket No. 98] | | | |
| 9 | Amended Schedule D [Docket No. 100] | | | |
| 10 | Schedule D & E/F [Docket No. 69] | | | |
| 11 | Amended Schedule G [Docket No. 99] | | | |
| 12 | Amended Schedule H [Docket No. 101] | | | |
| 13 | Statement of Financial Affairs [Docket No. 76] | | | |
| 14 | May 19–20, 2026 Emails | | | |
| 15 | June 24–July 2, 2026 Emails | | | |
| 16 | July 6, 2026 Emails | | | |
| 17 | July 9, 2026 Emails | | | |
| 18 | July 19–21, 2026 Emails | | | |
| 19 | October 29, 2026 Emails | | | |
| 20 | October 30–November 9, 2026 Emails | | | |
| * | Any pleading, order, or document filed or entered in the Underlying Litigation | | | |

| | | | | |
|---|---|---|---|---|
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |
| * | Any exhibit for purposes of authentication or laying a foundation | | | |

**Part 3. Signature**

Dated: November 19, 2026

*/s/ Patrick R. Akers*

Matthew T. Faga (41132)
Patrick R. Akers (54803)
Benjamin Wieck (59208)
MARKUS WILLIAMS LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
mfaga@markuswilliams.com
pakers@markuswilliams.com
bwieck@markuswilliams.com

*Counsel for CR*

*/s/ Alexander R. Jordan*

David A. Laird (31067)
Alexander R. Jordan (55100)
FENNEMORE CRAIG, P.C.
3615 Delgany Street, Suite 1100
Denver, Colorado 80216
(303) 291-3200
(303) 291-3201 (facsimile)
dlaird@fennemorelaw.com
ajordan@fennemorelaw.com

*Counsel for the Receiver*

## CERTIFICATE OF SERVICE

I certify that on November 19, 2026, I served a complete copy of the *List of Witnesses and Exhibits (L.B.F. 9070-1.1)* on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- David Lindauer, via CM/ECF
- Matthew C. Campbell, via CM/ECF
- Shawn Christianson, via CM/ECF
- J. Gregory McAuliffe, via CM/ECF
- Morgan Stanley, via CM/ECF
- U.S. Trustee, via CM/ECF
- Alan K. Motes, via CM/ECF
- Jared Walters, via CM/ECF
- Theodore J. Hartl, via CM/ECF

*/s/ Patrick R. Akers*
Patrick R. Akers (54803)

*Counsel for CR*