**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-16423-MER |
| | ) | |
| MAVERIX, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER RE: Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor**

THIS MATTER comes before the Court on the Second Amended Application Of Debtor For Entry Of An Order Authorizing The Retention And Employment Of Matthew C. Campbell Of The Law Offices Of Matthew C. Campbell LLC As Counsel To The Debtor filed on October 1, 2026.

The Court, is advised in the premises and hereby concludes as follows:

The application is approved for the period from September 9, 2026 through October 20, 2026, the date of the appointment of the Trustee.

Dated: November 19, 2026

BY THE COURT:

United States Bankruptcy Judge