**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAVERIX, LLC, | ) | Case No. 26-16423-MER |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF WITHDRAWAL OF DAVID LINDAUER'S LIMITED OBJECTION TO THE EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCKET NO. 154)**

David Lindauer, pro se, gives notice that he withdraws, without prejudice, David Lindauer's Limited Objection to the Emergency Motion for Relief from Automatic Stay (Docket No. 154), filed in response to the Emergency Unopposed Motion for Relief from Automatic Stay (Docket No. 133).

He withdraws it in reliance on the statement of CooperReilly Investment Fund, LLC that "[n]owhere in the Motion or proposed order to the Motion does CR or the Receiver seek to 'create a right of entry on to the land the Debtor does not own.'" Docket No. 158 at 4 n.1. This withdrawal waives none of his rights as an owner of the land at 2755 Winter Way, Parker, Colorado.

With this withdrawal, no objection by Mr. Lindauer to Docket No. 133 remains pending.

Dated: November 20, 2026.

/s/ David Lindauer
David Lindauer, pro se
2755 Winter Way, Parker, Colorado 80138
(317) 413-2297
otlayi.david@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I filed this notice through the Court's CM/ECF system, which will send notice of electronic filing to all parties and counsel registered to receive it in this case, including: Patrick R. Akers, Matthew T. Faga and Benjamin Wieck, counsel for CooperReilly Investment Fund, LLC; David A. Laird, counsel for Sonoran Capital Advisors; Theodore J. Hartl, counsel for the Chapter 11 Trustee; Jared C. Walters, Chapter 11 Trustee; Matthew C. Campbell, counsel for the Debtor; and Alan K. Motes, counsel for the United States Trustee.

/s/ David Lindauer
David Lindauer