# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| | |
|---|---|
| November 20, 2026 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
| In re:<br><br>Maverix, LLC<br><br>Debtor. | Case No. 26-16423 MER<br><br>Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| Chapter 11 Trustee | Jared Walters | Counsel | Ted Hartl |
| Debtor | David Lindauer | Counsel | Matthew Campbell |
| Creditor | CooperReilly Investment Fund, LLC | Counsel | Patrick Akers, Matt Faga |
| Creditor | Sonoran Capital Advisors | Counsel | Alexander Jordan |
| Creditor | | Counsel | |
| Creditor | | | |

Proceedings:

Status Conference on: (1) the Emergency Motion for Relief from the Automatic Stay filed by CooperReilly Investment Fund, LLC and (2) the Emergency Motion for Limited Intervention.

---

Orders:

For the reasons stated on the record, the Motion for Relief from Stay is GRANTED. A separate order will enter.

All deadlines in the adversary proceeding are in abeyance for 90 days from the date of this order.

---

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: ______________________________
Deputy Clerk